# EXHIBIT A

# North Kent Sampling Areas

