**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MICHIGAN DEPARTMENT OF
ENVIRONMENTAL QUALITY,    Case No. 1:18-cv-00039

    Plaintiff,    Hon. Janet T. Neff

v.    **STIPULATION AND ORDER**

WOLVERINE WORLD WIDE, INC.

    Defendant.

---

Plaintiff Michigan Department of Environmental Quality and Defendant Wolverine World Wide, Inc. ("Wolverine") stipulate that the deadline for Wolverine to answer the Complaint is extended 60 days from March 11, 2018 to May 10, 2018 to allow the parties to focus on settlement discussions.

Accordingly, IT IS ORDERED THAT Wolverine's deadline to answer the Complaint is extended to **May 10, 2018**.

IT IS SO ORDERED.

Dated February ___, 2018    _____
    THE HONORABLE JANET T. NEFF
    United States District Court Judge

STIPULATED AS TO FORM:

| | |
|---|---|
| /s/ Polly A. Synk<br>Polly A. Synk (P63473)<br>Brian J. Negele (P41846)<br>P. O. Box 30755<br>Lansing, MI 48909<br>(517) 373-7540<br>*Attorneys for Plaintiff Michigan Department of Environmental Quality* | /s/ R. Michael Azzi<br>Jim Moskal (P41885)<br>Janet L. Ramsey (P63285)<br>Madelaine C. Lane (P71294)<br>R. Michael Azzi (P74508)<br>Warner Norcross & Judd LLP<br>111 Lyon, N.W., Ste. 900<br>Grand Rapids, MI 49503<br>(616) 752-2000<br>*Attorneys for Defendant Wolverine World Wide, Inc.* |