UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN DEPARTMENT OF
ENVIRONMENTAL QUALITY,

    Plaintiff,

and

PLAINFIELD CHARTER TOWNSHIP
AND ALGOMA TOWNSHIP,

    Plaintiff-Interveners,

v.

WOLVERINE WORLD WIDE, INC.

    Defendant.

Case No. 1:18-cv-00039

Hon. Janet T. Neff

**STIPULATION AND ORDER**

---

Plaintiffs Michigan Department of Environmental Quality ("DEQ"), Plaintiff-Intervenors Plainfield Charter Township and Algoma Townships (the "Townships"), and Defendant Wolverine World Wide, Inc. ("Wolverine") stipulate that the deadline for Wolverine to answer the DEQ's Complaint and the Townships' Complaint is extended 90 days from July 13, 2018, to October 12, 2018, to allow the parties additional time to continue reviewing draft consent decree language and focusing on settlement discussions.

Accordingly, IT IS ORDERED THAT Wolverine's deadline to answer or otherwise respond to the DEQ's Complaint and the Townships' Complaint is extended to **October 12, 2018**.

IT IS SO ORDERED.

Dated July 16, 2018

    /s/ Janet T. Neff
THE HONORABLE JANET T. NEFF
United States District Court Judge

STIPULATED AS TO FORM:

/s/ Polly A. Synk
Polly A. Synk (P63473)
Brian J. Negele (P41846)
Danielle Allison-Yokom (P70950)
P. O. Box 30755
Lansing, MI 48909
(517) 373-7540
*Attorneys for Plaintiff Michigan Department of Environmental Quality*

/s/ Janet Ramsey
James Moskal (P41885)
Janet Ramsey (P63285)
Madelaine C. Lane (P71294)
R. Michael Azzi (P74508)
Warner Norcross & Judd LLP
111 Lyon, N.W., Ste. 900
Grand Rapids, MI 49503
(616) 752-2000
*Attorneys for Defendant Wolverine World Wide, Inc.*

/s/ Douglas W. Van Essen
Douglas W. Van Essen (P33269)
Silver & Van Essen, P.C.
300 Ottawa, N.W., Suite 620
Grand Rapids, MI 49503
(616) 988-5600
*Attorneys for Plaintiff-Interveners*

001621.176541 #17315177-2