UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN DEPARTMENT OF
ENVIRONMENTAL QUALITY,

    Plaintiff,

v.

WOLVERINE WORLD WIDE, INC.,

    Defendant.

and

PLAINFIELD CHARTER TOWNSHIP
and ALGOMA TOWNSHIP,

    Intervening Plaintiffs,

v.

WOLVERINE WORLD WIDE, INC.,

    Defendant.
_____/

No. 1:18-cv-00039-JTN-ESC

HON. JANET T. NEFF

MAG. ELLEN S. CARMODY

| | |
|---|---|
| Polly A. Synk (P63473) | John V. Byl (P35701) |
| Brian J. Negele (P41846) | Madelaine C. Lane (P71294) |
| Danielle Allison-Yokom (P70950) | Janet L. Ramsey (P63285) |
| Assistant Attorneys General | James Moskal (P41885) |
| Attorneys for Plaintiff | R. Michael Azzi (P74508) |
| Environment, Natural Resources, and Agriculture Division | Warner Norcross & Judd LLP |
| | Attorneys for Defendant |
| P.O. Box 30755 | 111 Lyon Street NW, Suite 900 |
| Lansing, MI 48909 | Grand Rapids, MI 49503 |
| (517) 373-7540 | (616) 752-2149 |
| synkp@michigan.gov | jbyl@wnj.com |
| negeleb@michigan.gov | mlane@wnj.com |
| allisonyokomd@michigan.gov | jramsey@wnj.com |
| | jmoskal@wnj.com |
| | mazzi@wnj.com |

Douglas W. Van Essen (P33169)
Silver & Van Essen, P.C.
Attorney for Intervening Plaintiffs
300 Ottawa Avenue NW, Suite 620
Grand Rapids, MI 49503
(616) 988-5600
dwv@silvervanessen.com
_____/

## ~~STIPULATION REGARDING PROPOSED~~ ORDER

Plaintiff Michigan Department of Environmental Quality (MDEQ), Plaintiff - Intervenors Plainfield Charter Township and Algoma Township, and Defendant Wolverine World Wide, Inc. stipulate that the deadline for Wolverine to answer the DEQ's Complaint and the Townships' Complaint is extended 70 days from October 12, 2018, to December 21, 2018, to allow the parties additional time to continue negotiating the terms of a consent decree and focus on settlement discussions.

Accordingly, IT IS ORDERED THAT Wolverine's deadline to answer or otherwise respond to the DEQ's Complaint and the Townships' Complaint is extended to **December 21, 2018**.

IT IS SO ORDERED.

Dated: October __1__, 2018                        ___/s/ Janet T. Neff_____
                                                  THE HONORABLE JANET T. NEFF
                                                  United States District Court Judge

2

STIPULATED AS TO FORM:

*/s/ Danielle Allison-Yokom*
Polly A. Synk (P63473)
Brian J. Negele (P41846)
Danielle Allison-Yokom (P70950)
P.O. Box 30755
Lansing, MI 48909
(517) 373-7540
*Attorneys for Plaintiff Michigan Department of Environmental Quality*

*/s/ R. Michael Azzi*
(with permission)
John V. Byl (P35701)
James Moskal (P41885)
Janet Ramsey (P63285)
Madelaine C. Lane (P71294)
R. Michael Azzi (P74508)
Warner Norcross & Judd LLP
111 Lyon, N.W., Ste. 900
Grand Rapids, MI 48503
(616) 752-2000
*Attorneys for Defendant Wolverine World Wide, Inc.*

*/s/ Douglas W. Van Essen*
(with permission)
Douglas W. Van Essen (P33169)
Silver & Van Essen, P.C.
300 Ottawa, N.W., Suite 620
Grand Rapids, MI 49503
(616) 988-5600
*Attorney for Intervening Plaintiffs Plainfield Charter Township and Algoma Township*

LF:  Wolverine World Wide, Inc. (MDEQ)/AG# 2018-0205144-B/Stipulation – for Proposed Order (December) 2018-09-28