UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN DEPARTMENT OF
ENVIRONMENTAL QUALITY,

    Plaintiff,

and

PLAINFIELD CHARTER TOWNSHIP, et al.

    Intervenors-Plaintiffs,

v.

WOLVERINE WORLD WIDE, INC.,

    Defendant.
_____/

WOLVERINE WORLD WIDE, INC.,

    Third-Party Plaintiff,

v.

3M COMPANY,

    Third-party Defendant.
_____/

Case No. 1:18-cv-39

HON. JANET T. NEFF

## ORDER

The parties are placed on notice that any filings referencing opinions, orders or other documentary evidence that are not accessible through an electronic database shall include the referenced document as an exhibit to the filing.

Third-Party Defendant 3M Company shall not later than Wednesday, April 3, 2019, at 5:00 p.m., file a copy of the Opinion/Order re: Defendant 3M's Omnibus Motions for Summary

Disposition, *In re Nylaan Litigation*, No. 17-10716-CZ, at *2-3 (Mich. Cir. Ct. Dec. 28, 2018) ("Quist Order"), referenced in its Pre-Motion Conference Response (ECF No. 52).

**IT IS SO ORDERED**.

Dated: April 2, 2019

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge