UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN DEPARTMENT OF
ENVIRONMENTAL QUALITY,

    Plaintiff,

v.

WOLVERINE WORLD WIDE, INC.,

    Defendant.

and

PLAINFIELD CHARTER TOWNSHIP
and ALGOMA TOWNSHIP,

    Intervening Plaintiffs,

v.

WOLVERINE WORLD WIDE, INC.,

    Defendant.
_____/

WOLVERINE WORLD WIDE, INC.,

    Third-Party Plaintiff,

v.

3M Corporation,

    Third-Party Defendant.
_____/

No. 1:18-cv-00039-JTN-ESC

HON. JANET T. NEFF

MAG. ELLEN S. CARMODY

**JOINT NOTICE REGARDING THE SELECTION OF A MEDIATOR**

Polly A. Synk (P63473)
Brian J. Negele (P41846)
Danielle Allison-Yokom (P70950)
Assistant Attorneys General
Attorneys for Plaintiff
Environment, Natural Resources, and
Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
synkp@michigan.gov
negeleb@michigan.gov
allisonyokomd@michigan.gov

John V. Byl (P35701)
Madelaine C. Lane (P71294)
Janet L. Ramsey (P63285)
James Moskal (P41885)
R. Michael Azzi (P74508)
Scott M. Watson (P70185)
Warner Norcross & Judd LLP
Attorneys for Defendant/Third-Party
Plaintiff
111 Lyon Street NW, Suite 900
Grand Rapids, MI 49503
(616) 752-2000
jbyl@wnj.com
mlane@wnj.com
jramsey@wnj.com
jmoskal@wnj.com
mazzi@wnj.com
swatson@wnj.com

Douglas W. Van Essen (P33169)
Elliot J. Gruszka (P77117)
Silver & Van Essen, P.C.
Attorneys for Intervening Plaintiffs
300 Ottawa Avenue NW, Suite 620
Grand Rapids, MI 49503
(616) 988-5600
dwv@silvervanessen.com
egruszka@silvervanessen.com

Joe G. Hollingsworth
Frank Leone
Attorneys for Defendant/Third-Party
Plaintiff
Hollingsworth LLP
1350 I Street, N.W.
Washington, DC 20005
(202) 898-5800
jhollingsworth@hollingsworthllp.com
fleone@hollingsworthllp.com

Daniel L. Ring
Michael A. Olsen
Richard F. Bulger
Timothy S. Bishop
Mayer Brown
Attorneys for Third-Party Defendant 3M
Corporation, Inc.
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
dring@mayerbrown.com
molsen@mayerbrown.com
rbulger@mayerbrown.com
tbishop@mayerbrown.com

Harold A. Barza
Johanna Y. Ong
Joe M. Paunovich (P65340)
Valerie Roddy
Attorneys for Defendant/Third-Party
Plaintiff
Quinn Emanuel Urquhart &
Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
halbarza@quinnemanuel.com
johannaong@quinnemanuel.com
joepaunovich@quinnemanuel.com
valerieroddy@quinnemanuel.com

_____/

## JOINT NOTICE REGARDING SELECTION OF A MEDIATOR

This Court's July 26, 2019 Order directed the parties to collectively select a mediator within ten days. The parties, having conferred as directed by the Court, select Kenneth R. Feinberg of Kenneth R. Feinberg, PC to mediate this matter.

| | |
|---|---|
| Dated:  August 5, 2019 | Dated:  August 5, 2019 |
| */s/ Danielle Allison-Yokom*<br>Polly A. Synk (P63473)<br>Brian J. Negele (P41846)<br>Danielle Allison-Yokom (P70950)<br>Assistant Attorneys General<br>Attorneys for MDEQ | */s/ Scott M. Watson*<br>(with permission)<br>John V. Byl (P35701)<br>Madelaine C. Lane (P71294)<br>Janet L. Ramsey (P63285)<br>James Moskal (P41885)<br>R. Michael Azzi (P74508)<br>Scott M. Watson (P70185)<br>Warner Norcross & Judd LLP<br>Attorneys for Wolverine World Wide, Inc. |
| Dated:  August 5, 2019 | Dated:  August 5, 2019 |
| */s/ Douglas W. Van Essen*<br>(with permission)<br>Douglas W. Van Essen (P33169)<br>Elliot J. Gruszka (P77117)<br>Silver & Van Essen, P.C.<br>Attorneys for Intervening Townships | */s/ Richard S. Bulger*<br>(with permission)<br>Daniel L. Ring<br>Michael A. Olsen<br>Richard F. Bulger<br>Timothy S. Bishop<br>Mayer Brown<br>Attorneys for Third-Party Defendant 3M Corporation, Inc. |

LF:  Wolverine World Wide, Inc. (MDEQ)/AG# 2018-0205144-A/Joint Notice Re Selection of Mediator 2019-08-05