UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN DEPARTMENT OF
ENVIRONMENTAL QUALITY,

    Plaintiff,

v.

WOLVERINE WORLD WIDE, INC.,

    Defendant.

and

PLAINFIELD CHARTER TOWNSHIP
and ALGOMA TOWNSHIP,

    Intervening Plaintiffs,

v.

WOLVERINE WORLD WIDE, INC.,

    Defendant.
                                   /

WOLVERINE WORLD WIDE, INC.,

    Third-Party Plaintiff,

v.

3M Corporation,

    Third-Party Defendant.
                                   /

No. 1:18-cv-00039-JTN-ESC

HON. JANET T. NEFF

MAG. ELLEN S. CARMODY

**STIPULATION AND ORDER REGARDING SEPTEMBER 16, 2019 JOINT FILING**

| | |
|---|---|
| Polly A. Synk (P63473)<br>Brian J. Negele (P41846)<br>Danielle Allison-Yokom (P70950)<br>Assistant Attorneys General<br>Attorneys for Plaintiff<br>Environment, Natural Resources, and Agriculture Division<br>P.O. Box 30755<br>Lansing, MI 48909<br>(517) 335-7664<br>synkp@michigan.gov<br>negeleb@michigan.gov<br>allisonyokomd@michigan.gov | John V. Byl (P35701)<br>Madelaine C. Lane (P71294)<br>Janet L. Ramsey (P63285)<br>James Moskal (P41885)<br>R. Michael Azzi (P74508)<br>Scott M. Watson (P70185)<br>Warner Norcross & Judd LLP<br>Attorneys for Defendant/Third-Party Plaintiff<br>111 Lyon Street NW, Suite 900<br>Grand Rapids, MI 49503<br>(616) 752-2000<br>jbyl@wnj.com<br>mlane@wnj.com<br>jramsey@wnj.com<br>jmoskal@wnj.com<br>mazzi@wnj.com<br>swatson@wnj.com |
| Douglas W. Van Essen (P33169)<br>Elliot J. Gruszka (P77117)<br>Silver & Van Essen, P.C.<br>Attorneys for Intervening Plaintiffs<br>300 Ottawa Avenue NW, Suite 620<br>Grand Rapids, MI 49503<br>(616) 988-5600<br>dwv@silvervanessen.com<br>egruszka@silvervanessen.com | Joe G. Hollingsworth<br>Frank Leone<br>Attorneys for Defendant/Third-Party Plaintiff<br>Hollingsworth LLP<br>1350 I Street, N.W.<br>Washington, DC 20005<br>(202) 898-5800<br>jhollingsworth@hollingsworthllp.com<br>fleone@hollingsworthllp.com |
| Daniel L. Ring<br>Michael A. Olsen<br>Richard F. Bulger<br>Timothy S. Bishop<br>Mayer Brown<br>Attorneys for Third-Party Defendant 3M Corporation, Inc.<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>(312) 782-0600<br>dring@mayerbrown.com<br>molsen@mayerbrown.com<br>rbulger@mayerbrown.com<br>tbishop@mayerbrown.com | Harold A. Barza<br>Johanna Y. Ong<br>Joe M. Paunovich (P65340)<br>Valerie Roddy<br>Attorneys for Defendant/Third-Party Plaintiff<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3000<br>halbarza@quinnemanuel.com<br>johannaong@quinnemanuel.com<br>joepaunovich@quinnemanuel.com<br>valerieroddy@quinnemanuel.com |

_____/

## STIPULATION AND ORDER REGARDING SEPTEMBER 16, 2019 JOINT FILING

Pursuant to this Court's April 5, 2019 Order and July 26, 2019 Order, Plaintiff Michigan Department of Environmental Quality (MDEQ), Defendant Wolverine World Wide, Inc. (Wolverine), Intervening Plaintiffs Algoma and Plainfield Townships (the Townships), and Third Party Defendant 3M Company (3M), hereby respectfully submit the following stipulation and proposed order regarding the September 16, 2019 Joint Filing:

**WHEREAS**, this Court's April 5, 2019 Order required that the parties not later than September 16, 2019 file a joint notice "setting forth the status of the case and the parties' discovery and advising the Court whether:  (1) the discovery conducted is sufficient to proceed with dispositive motion practice, and if so, the recommended next step, e.g., renewed pre-motion conference requests; or (2) whether further discovery or proceedings are necessary, and if so, the parties' recommendations" (ECF No. 62);

**WHEREAS**, this Court's July 26, 2019 Order also required the parties to file a Joint Notice no later than September 16, 2019 that indicates "the status of the House Street area remedy determination, including settlement or mediation efforts/results" (ECF No. 107);

**WHEREAS**, this Court's July 26, 2019 Order also required that all parties "participate in structured, confidential settlement discussions or confidential mediation" under terms set forth by the Court;

**WHEREAS**, the mediation required by the Court's July 26, 2019 Order is scheduled to commence the week of September 16, 2019; and

**WHEREAS**, the information that the Court requested to be included in the September 16, 2019 Joint Notice will not be available until after mediation is commenced.

The Parties hereby agree and stipulate that the Joint Notice required under the April 5, 2019 and July 26, 2019 Orders shall be filed on September 30, 2019 instead of September 16, 2019.

Dated:  September 13, 2019

| | |
|---|---|
| /s/ Danielle Allison-Yokom <br> Polly A. Synk (P63473) <br> Brian J. Negele (P41846) <br> Danielle Allison-Yokom (P70950) <br> Assistant Attorneys General <br> Attorneys for Plaintiff | /s/ Scott M. Watson <br> John V. Byl (P35701) <br> Madelaine C. Lane (P71294) <br> Janet L. Ramsey (P63285) <br> James Moskal (P41885) <br> R. Michael Azzi (P74508) <br> Scott M. Watson (P70185) <br> Warner Norcross & Judd LLP <br> Attorneys for Defendant/Third-Party Plaintiff |
| /s/ Douglas W. Van Essen <br> Douglas W. Van Essen (P33169) <br> Elliot J. Gruszka (P77117) <br> Silver & Van Essen, P.C. <br> Attorneys for Intervening Plaintiffs | /s/ Richard F. Bulger <br> Daniel L. Ring <br> Michael A. Olsen <br> Richard F. Bulger <br> Timothy S. Bishop <br> Mayer Brown <br> Attorneys for Third-Party Defendant 3M Corporation, Inc. |

**IT IS SO ORDERED.**

Dated: September 16, 2019            /s/ Janet T. Neff
                                                             HON. JANET T. NEFF

4