UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN DEPARTMENT OF
ENVIRONMENTAL QUALITY,

       Plaintiff,                                Case No. 1:18–cv–39

  v.                                           Hon. Janet T. Neff

WOLVERINE WORLD WIDE, INC.,

       Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Summary Jury Trial |
| Date/Time: | January 8, 2020   09:00 AM<br>*(previously set for 11/18/2019 at 9:00 AM)* |
| Judge: | Janet T. Neff |
| Place/Location: | 401 Federal Building, Grand Rapids, MI |

*Trial submissions shall be jointly filed not later than December 26, 2019. Counsel shall be present for an in–chambers conference one–half hour prior to the start of trial.*

                                                    JANET T. NEFF
                                                    United States District Judge

Dated:  November 12, 2019       By:   /s/ Rick M. Wolters_____
                                                      Case Manager