UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN DEPARTMENT OF
ENVIRONMENTAL QUALITY,

       Plaintiff,                        Case No. 1:18–cv–39

v.                                Hon. Janet T. Neff

WOLVERINE WORLD WIDE, INC.,

       Defendant.
_____/

### ORDER

      Having reviewed the parties' Joint Notice (ECF No. 138), in light of the parties' settlement, the Court will adjourn the Final Pre–Trial Conference and Summary Jury Trial. The Court will proceed as proposed with an in–chambers Status Conference on December 20, 2019, at 2:30 p.m. before the Honorable Janet T. Neff, 401 Federal Building, 110 Michigan, N.W., Grand Rapids, Michigan. Counsel handling this matter for trial shall be present and be prepared to discuss (1) the status and components of the settlement; (2) the key steps and target dates for completing the Consent Decree, including regular progress reports to the Court; and (3) a date certain for execution of an enforceable Consent Decree.

      IT IS SO ORDERED.

Dated: December 17, 2019                      /s/ Janet T. Neff
                                                            JANET T. NEFF
                                                             United States District Judge