# Appendix C



# Preliminary Estimate of Probable Cost Summary

Owner:
Plainfield Charter Township

Project Title:
Water System Extension Areas

| Date: | Project #: |
|---|---|
| January 30, 2020 | 2170602 |

**Consent Decree Cost Summary**

## Water System Extension Areas

| Area No. | Description | Total Estimated Project Cost |
|---|---|---|
| 1 | House Street, Herrington Avenue & Chandler Drive Loop | $9,158,000 |
| 2 | Herrington Avenue from 10 Mile Road to Brent Road (Including Brittany Drive & Brent Road) | $2,014,000 |
| 3 | Herrington Avenue from Chandler Drive to west of Belmont Avenue (Including Terrie Lynn, Meek Drive, Korben Woods Court, Sprucewood Court & Sprucewood Drive) | $2,574,000 |
| 4 | Belmont Avenue from Post Drive to approximately 1000 feet south of Packer Drive (Including Pixley Avenue, Pine Hill Drive, Frond Street, a portion of Van Dam Drive & Wildwood Creek Drive) | $6,152,000 |
| 7 | Wolven Avenue, Wellington Ridge & 43 North (Including Windstone Drive, Stoneridge Drive, Bent Tree Ridge, Royal Hannah Drive, Sir Charles Drive, Lady Lauren Drive, Hopewell Drive, Hopewell Court, Elstner Avenue, & 11 Mile Road from Wolven Avenue to US-131) | $9,933,000 |
| 8 | Jewell Avenue from 10 Mile Road to 11 Mile Road (Including 10 Mile Road and 11 Mile Road from Jewell Avenue to Algoma Avenue, Algoma Avenue from 10 Mile Road to 11 Mile Road, Algoma Woods Drive, Point High Drive, Hidden Timbers Drive, Green Timbers, Clearwater Court, Winding Ridge Trail, Oakwood Trail, Booth Bay Development, & Garden Gate Development) | $12,530,000 |
| 9 | 10 Mile Road & Pine Island Drive Loop (Including Squirewood Drive, Freska Pines, Wateredge Drive & Freska Lake Drive) | $8,297,000 |
| 10 | Rogue River Drive (Pvt.) | $611,000 |
| 13 | Packer Drive Loop | $4,451,000 |
| 16 | Miscellaneous Water Service Locations with Existing Water Main Along Parcel Frontage | $2,444,000 |
| 17 | Laurentian Court | $678,000 |
| 18 | Rogue Ridge Drive (Pvt.) | $445,000 |



# Preliminary Estimate of Probable Cost Summary

Owner:
Plainfield Charter Township

Project Title:
Water System Extension Areas

Date:
January 30, 2020

Project #:
2170602

**Consent Decree Cost Summary**

## Water System Extension Areas

| Description | Total Estimated Project Cost |
|---|---:|
| Transmission Improvements (Project Scope to be Determined) | $2,713,000 |
| **Water System Extension Areas Subtotal** | **$62,000,000** |

## Other Water System Improvements

| Description | Total Estimated Project Cost |
|---|---:|
| Water Treatment Plant Improvements[1] | $7,500,000 |
| **Other Water System Improvements Subtotal** | **$7,500,000** |
| **Grand Total** | **$69,500,000** |

Notes:

1. Settlement cost is half of the Water Treatment Plant Improvments Estimate of Probable Cost.



**Prein&Newhof**
Engineers ▪ Surveyors ▪ Environmental ▪ Laboratory

# Preliminary Estimate of Probable Cost

Owner:
Plainfield Charter Township

Project Title:
Area 1 - House Street, Herrington Avenue & Chandler Drive Loop

Date: September 11, 2019

Project #: 2170602

| Item No. | Description | Quantity | Unit | Unit Price [1] | Total Amount |
|---|---|---|---|---|---|
| 1 | 16-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 17,860 | LF | $145.00 | $2,589,700.00 |
| 2 | 8-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 950 | LF | $80.00 | $76,000.00 |
| 3 | Water Service to Residence[2] | 100 | EA | $7,500.00 | $750,000.00 |
| 4 | Well Abandonment | 100 | EA | $5,000.00 | $500,000.00 |
| 5 | Bore & Jack Under US-131 | 650 | LF | $500.00 | $325,000.00 |
| 6 | Tree Clearing | 18,160 | LF | $10.00 | $181,600.00 |
| 7 | Road Removal & Replacement[3] | 18,160 | LF | $60.00 | $1,089,600.00 |
| 8 | Driveway Removal & Replacement | 56 | EA | $1,000.00 | $56,000.00 |
| 9 | Lawn Restoration | 18,160 | LF | $10.00 | $181,600.00 |
| | | | | Total Construction Estimate: | $5,749,500.00 |
| 10 | Engineering, Legal, Administration, Contingencies (30% of Total Construction) | 1 | LS | $1,724,850.00 | $1,724,850.00 |
| 11 | Allowance to Address Soil and/or Groundwater Contamination During Construction (5% of Total Construction) | 1 | LS | $287,475.00 | $287,475.00 |
| 12 | Plainfield Charter Township Frontage Fee | 37,620 | LF | $30.00 | $1,128,600.00 |
| 13 | Plainfield Charter Township Water Service Fees (Connection Fee $1,475, Tap-On Fee $930, Meter Charge $275) | 100 | EA | $2,680.00 | $268,000.00 |
| | | | | **Total Estimate:** | **$9,158,000.00** |

Notes:
1. Construction costs based on 2018-2019 dollars.
2. Water Service to Residence includes water main tap, corporation stop, curb stop & box, and 130' of 1" copper service (average 100' onto private property). Includes a $2,000 allowance for house plumbing modifications. Includes service to all parcels that have a house with frontage along new water main.
3. Road Removal & Replacement assumes half of a 26' wide road is replaced full depth and the other half is milled & filled 1.5".



# Preliminary Estimate of Probable Cost

Owner:
Plainfield Charter Township

Project Title:
Area 2 - Herrington Avenue from 10 Mile Road to Brent Road (Including Brittany Drive & Brent Road)

Date: September 11, 2019

Project #: 2170602

| Item No. | Description | Quantity | Unit | Unit Price [1] | Total Amount |
|---|---|---|---|---|---|
| 1 | 12-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 3,235 | LF | $115.00 | $372,025.00 |
| 2 | 8-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 1,760 | LF | $80.00 | $140,800.00 |
| 3 | Water Service to Residence[2] | 27 | EA | $7,500.00 | $202,500.00 |
| 4 | Well Abandonment | 27 | EA | $5,000.00 | $135,000.00 |
| 5 | Tree Clearing | 4,995 | LF | $10.00 | $49,950.00 |
| 6 | Road Removal & Replacement[3] | 4,995 | LF | $60.00 | $299,700.00 |
| 7 | Driveway Removal & Replacement | 13 | EA | $1,000.00 | $13,000.00 |
| 8 | Lawn Restoration | 4,995 | LF | $10.00 | $49,950.00 |
| | | | | Total Construction Estimate: | $1,262,925.00 |
| 9 | Engineering, Legal, Administration, Contingencies (30% of Total Construction) | 1 | LS | $378,877.50 | $378,877.50 |
| 10 | Plainfield Charter Township Frontage Fee | 9,990 | LF | $30.00 | $299,700.00 |
| 11 | Plainfield Charter Township Water Service Fees (Connection Fee $1,475, Tap-On Fee $930, Meter Charge $275) | 27 | EA | $2,680.00 | $72,360.00 |
| | | | | Total Estimate: | $2,014,000.00 |

Notes:
1. Construction costs based on 2018-2019 dollars.
2. Water Service to Residence includes water main tap, corporation stop, curb stop & box, and 130' of 1" copper service (average 100' onto private property). Includes a $2,000 allowance for house plumbing modifications. Includes service to all parcels that have a house with frontage along new water main.
3. Road Removal & Replacement assumes half of a 26' wide road is replaced full depth and the other half is milled & filled 1.5".



# Preliminary Estimate of Probable Cost

**Owner:**
Plainfield Charter Township

**Project Title:**
Area 3 - Herrington Avenue from Chandler Drive to west of Belmont Avenue (Including Terrie Lynn, Meek Drive, Korben Woods Court, Sprucewood Court & Sprucewood Drive)

**Date:** September 11, 2019   **Project #:** 2170602

| Item No. | Description | Quantity | Unit | Unit Price [1] | Total Amount |
|---|---|---|---|---|---|
| 1 | 8-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 6,600 | LF | $80.00 | $528,000.00 |
| 2 | Water Service to Residence[2] | 44 | EA | $7,500.00 | $330,000.00 |
| 3 | Well Abandonment | 44 | EA | $5,000.00 | $220,000.00 |
| 4 | Tree Clearing | 2,500 | LF | $10.00 | $25,000.00 |
| 5 | Road Removal & Replacement[3] | 6,600 | LF | $60.00 | $396,000.00 |
| 6 | Driveway Removal & Replacement | 20 | EA | $1,000.00 | $20,000.00 |
| 7 | Lawn Restoration | 6,600 | LF | $10.00 | $66,000.00 |
|   |   |   |   | **Total Construction Estimate:** | $1,585,000.00 |
| 8 | Engineering, Legal, Administration, Contingencies (30% of Total Construction) | 1 | LS | $475,500.00 | $475,500.00 |
| 9 | Plainfield Charter Township Frontage Fee | 13,200 | LF | $30.00 | $396,000.00 |
| 10 | Plainfield Charter Township Water Service Fees (Connection Fee $1,475, Tap-On Fee $930, Meter Charge $275) | 44 | EA | $2,680.00 | $117,920.00 |
|   |   |   |   | **Total Estimate:** | **$2,574,000.00** |

Notes:
1. Construction costs based on 2018-2019 dollars.
2. Water Service to Residence includes water main tap, corporation stop, curb stop & box, and 130' of 1" copper service (average 100' onto private property). Includes a $2,000 allowance for house plumbing modifications. Includes service to all parcels that have a house with frontage along new water main.
3. Road Removal & Replacement assumes half of a 26' wide road is replaced full depth and the other half is milled & filled 1.5".



# Preliminary Estimate of Probable Cost

Owner:
Plainfield Charter Township

Project Title:
Area 4 - Belmont Avenue from Post Drive to approximately 1000 feet south of Packer Drive (Including Pixley Avenue, Pine Hill Drive, Frond Street, a portion of Van Dam Drive & Wildwood Creek Drive)

Date: September 11, 2019

Project #: 2170602

| Item No. | Description | Quantity | Unit | Unit Price [1] | Total Amount |
|---|---|---|---|---|---|
| 1 | 12-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 6,130 | LF | $115.00 | $704,950.00 |
| 2 | 8-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 8,440 | LF | $80.00 | $675,200.00 |
| 3 | Water Service to Residence[2] | 101 | EA | $7,500.00 | $757,500.00 |
| 4 | Well Abandonment | 101 | EA | $5,000.00 | $505,000.00 |
| 5 | Tree Clearing | 14,570 | LF | $10.00 | $145,700.00 |
| 6 | Road Removal & Replacement[3] | 14,570 | LF | $60.00 | $874,200.00 |
| 7 | Driveway Removal & Replacement | 43 | EA | $1,000.00 | $43,000.00 |
| 8 | Lawn Restoration | 14,570 | LF | $10.00 | $145,700.00 |
|   |   |   |   | Total Construction Estimate: | $3,851,250.00 |
| 9 | Engineering, Legal, Administration, Contingencies (30% of Total Construction) | 1 | LS | $1,155,375.00 | $1,155,375.00 |
| 10 | Plainfield Charter Township Frontage Fee | 29,140 | LF | $30.00 | $874,200.00 |
| 11 | Plainfield Charter Township Water Service Fees (Connection Fee $1,475, Tap-On Fee $930, Meter Charge $275) | 101 | EA | $2,680.00 | $270,680.00 |
|   |   |   |   | Total Estimate: | $6,152,000.00 |

Notes:
1. Construction costs based on 2018-2019 dollars.
2. Water Service to Residence includes water main tap, corporation stop, curb stop & box, and 130' of 1" copper service (average 100' onto private property). Includes a $2,000 allowance for house plumbing modifications. Includes service to all parcels that have a house with frontage along new water main.
3. Road Removal & Replacement assumes half of a 26' wide road is replaced full depth and the other half is milled & filled 1.5".



# Preliminary Estimate of Probable Cost

| | Owner: |
|---|---|
| | Plainfield Charter Township |

Project Title:
Area 7 - Wolven Avenue, Wellington Ridge & 43 North (Including Windstone Drive, Stoneridge Drive, Bent Tree Ridge, Royal Hannah Drive, Sir Charles Drive, Lady Lauren Drive, Hopewell Drive, Hopewell Court, Elstner Avenue, & 11 Mile Road from Wolven Avenue to US-131)

| Date: | Project #: |
|---|---|
| September 11, 2019 | 2170602 |

| Item No. | Description | Quantity | Unit | Unit Price [1] | Total Amount |
|---|---|---|---|---|---|
| 1 | 16-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 2,650 | LF | $145.00 | $384,250.00 |
| 2 | 12-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 8,940 | LF | $115.00 | $1,028,100.00 |
| 3 | 8-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 10,925 | LF | $80.00 | $874,000.00 |
| 4 | Water Service to Residence[2] | 168 | EA | $7,500.00 | $1,260,000.00 |
| 5 | Well Abandonment | 168 | EA | $5,000.00 | $840,000.00 |
| 6 | Tree Clearing | 13,085 | LF | $10.00 | $130,850.00 |
| 7 | Road Removal & Replacement[3] | 20,160 | LF | $60.00 | $1,209,600.00 |
| 8 | Driveway Removal & Replacement | 72 | EA | $1,000.00 | $72,000.00 |
| 9 | Lawn Restoration | 22,515 | LF | $10.00 | $225,150.00 |
| | | | | Total Construction Estimate: | $6,023,950.00 |
| 10 | Engineering, Legal, Administration, Contingencies (30% of Total Construction) | 1 | LS | $1,807,185.00 | $1,807,185.00 |
| 11 | Allowance to Address Soil and/or Groundwater Contamination During Construction (5% of Total Construction) | 1 | LS | $301,197.50 | $301,197.50 |
| 12 | Plainfield Charter Township Frontage Fee | 45,030 | LF | $30.00 | $1,350,900.00 |
| 13 | Plainfield Charter Township Water Service Fees (Connection Fee $1,475, Tap-On Fee $930, Meter Charge $275) | 168 | EA | $2,680.00 | $450,240.00 |
| | | | | **Total Estimate:** | **$9,933,000.00** |

Notes:
1. Construction costs based on 2018-2019 dollars.
2. Water Service to Residence includes water main tap, corporation stop, curb stop & box, and 130' of 1" copper service (average 100' onto private property). Includes a $2,000 allowance for house plumbing modifications. Includes service to all parcels that have a house with frontage along new water main.
3. Road Removal & Replacement assumes half of a 26' wide road is replaced full depth and the other half is milled & filled 1.5".


Prein&Newhof
Engineers▪Surveyors▪Environmental▪Laboratory

# Preliminary Estimate of Probable Cost

**Owner:**
Plainfield Charter Township

**Project Title:**
Area 8 - Jewell Avenue from 10 Mile Road to 11 Mile Road (Including 10 Mile Road and 11 Mile Road from Jewell Avenue to Algoma Avenue, Algoma Avenue from 10 Mile Road to 11 Mile Road, Algoma Woods Drive, Point High Drive, Hidden Timbers Drive, Green Timbers, Clearwater Court, Winding Ridge Trail, Oakwood Trail, Booth Bay Development, & Garden Gate Development)

**Date:** September 11, 2019

**Project #:** 2170602

| Item No. | Description | Quantity | Unit | Unit Price [1] | Total Amount |
|---|---|---|---|---|---|
| 1 | 12-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 15,935 | LF | $115.00 | $1,832,525.00 |
| 2 | 8-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 15,025 | LF | $80.00 | $1,202,000.00 |
| 3 | Water Service to Residence[2] | 182 | EA | $7,500.00 | $1,365,000.00 |
| 4 | Well Abandonment | 182 | EA | $5,000.00 | $910,000.00 |
| 5 | Tree Clearing | 25,460 | LF | $10.00 | $254,600.00 |
| 6 | Road Removal & Replacement[3] | 30,960 | LF | $60.00 | $1,857,600.00 |
| 7 | Driveway Removal & Replacement | 103 | EA | $1,000.00 | $103,000.00 |
| 8 | Lawn Restoration | 30,960 | LF | $10.00 | $309,600.00 |
|  |  |  |  | **Total Construction Estimate:** | **$7,834,325.00** |
| 9 | Engineering, Legal, Administration, Contingencies (30% of Total Construction) | 1 | LS | $2,350,297.50 | $2,350,297.50 |
| 10 | Plainfield Charter Township Frontage Fee | 61,920 | LF | $30.00 | $1,857,600.00 |
| 11 | Plainfield Charter Township Water Service Fees (Connection Fee $1,475, Tap-On Fee $930, Meter Charge $275) | 182 | EA | $2,680.00 | $487,760.00 |
|  |  |  |  | **Total Estimate:** | **$12,530,000.00** |

Notes:
1. Construction costs based on 2018-2019 dollars.
2. Water Service to Residence includes water main tap, corporation stop, curb stop & box, and 130' of 1" copper service (average 100' onto private property). Includes a $2,000 allowance for house plumbing modifications. Includes service to all parcels that have a house with frontage along new water main.
3. Road Removal & Replacement assumes half of a 26' wide road is replaced full depth and the other half is milled & filled 1.5".



# Preliminary Estimate of Probable Cost

Owner:
Plainfield Charter Township

Project Title:
Area 9 - 10 Mile Road & Pine Island Drive Loop (Including Squirewood Drive, Freska Pines, Wateredge Drive & Freska Lake Drive)

Date: September 11, 2019

Project #: 2170602

| Item No. | Description | Quantity | Unit | Unit Price [1] | Total Amount |
|---|---|---|---|---|---|
| 1 | 12-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 14,645 | LF | $115.00 | $1,684,175.00 |
| 2 | 8-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 5,085 | LF | $80.00 | $406,800.00 |
| 3 | Water Service to Residence[2] | 124 | EA | $7,500.00 | $930,000.00 |
| 4 | Well Abandonment | 124 | EA | $5,000.00 | $620,000.00 |
| 5 | Tree Clearing | 15,730 | LF | $10.00 | $157,300.00 |
| 6 | Road Removal & Replacement[3] | 19,730 | LF | $60.00 | $1,183,800.00 |
| 7 | Driveway Removal & Replacement | 37 | EA | $1,000.00 | $37,000.00 |
| 8 | Lawn Restoration | 19,730 | LF | $10.00 | $197,300.00 |
| | | | | Total Construction Estimate: | $5,216,375.00 |
| 9 | Engineering, Legal, Administration, Contingencies (30% of Total Construction) | 1 | LS | $1,564,912.50 | $1,564,912.50 |
| 10 | Plainfield Charter Township Frontage Fee | 39,460 | LF | $30.00 | $1,183,800.00 |
| 11 | Plainfield Charter Township Water Service Fees (Connection Fee $1,475, Tap-On Fee $930, Meter Charge $275) | 124 | EA | $2,680.00 | $332,320.00 |
| | | | | Total Estimate: | $8,297,000.00 |

Notes:
1. Construction costs based on 2018-2019 dollars.
2. Water Service to Residence includes water main tap, corporation stop, curb stop & box, and 130' of 1" copper service (average 100' onto private property). Includes a $2,000 allowance for house plumbing modifications. Includes service to all parcels that have a house with frontage along new water main.
3. Road Removal & Replacement assumes half of a 26' wide road is replaced full depth and the other half is milled & filled 1.5".



# Preliminary Estimate of Probable Cost

Owner:
Plainfield Charter Township

Project Title:
Area 10 - Rogue River Drive (Pvt.)

Date: September 11, 2019

Project #: 2170602

| Item No. | Description | Quantity | Unit | Unit Price [1] | Total Amount |
|---|---|---|---|---|---|
| 1 | 8-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 1,940 | LF | $80.00 | $155,200.00 |
| 2 | Water Service to Residence[2] | 9 | EA | $7,500.00 | $67,500.00 |
| 3 | Well Abandonment | 9 | EA | $5,000.00 | $45,000.00 |
| 4 | Tree Clearing | 1,000 | LF | $10.00 | $10,000.00 |
| 5 | Road Removal & Replacement[3] | 1,000 | LF | $60.00 | $60,000.00 |
| 6 | Driveway Removal & Replacement | 5 | EA | $1,000.00 | $5,000.00 |
| 7 | Lawn Restoration | 1,940 | LF | $10.00 | $19,400.00 |
| | | | | Total Construction Estimate: | $362,100.00 |
| 8 | Engineering, Legal, Administration, Contingencies (30% of Total Construction) | 1 | LS | $108,630.00 | $108,630.00 |
| 9 | Plainfield Charter Township Frontage Fee | 3,880 | LF | $30.00 | $116,400.00 |
| 10 | Plainfield Charter Township Water Service Fees (Connection Fee $1,475, Tap-On Fee $930, Meter Charge $275) | 9 | EA | $2,680.00 | $24,120.00 |
| | | | | Total Estimate: | $611,000.00 |

Notes:
1. Construction costs based on 2018-2019 dollars.
2. Water Service to Residence includes water main tap, corporation stop, curb stop & box, and 130' of 1" copper service (average 100' onto private property). Includes a $2,000 allowance for house plumbing modifications. Includes service to all parcels that have a house with frontage along new water main.
3. Road Removal & Replacement assumes half of a 26' wide road is replaced full depth and the other half is milled & filled 1.5".


Engineers • Surveyors • Environmental • Laboratory

# Preliminary Estimate of Probable Cost

Owner:
Plainfield Charter Township

Project Title:
Area 13 - Packer Drive Loop

Date: September 11, 2019

Project #: 2170602

| Item No. | Description | Quantity | Unit | Unit Price [1] | Total Amount |
|---|---|---|---|---|---|
| 1 | 12-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 6,125 | LF | $115.00 | $704,375.00 |
| 2 | 8-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 5,075 | LF | $80.00 | $406,000.00 |
| 3 | Water Service to Residence[2] | 60 | EA | $7,500.00 | $450,000.00 |
| 4 | Well Abandonment | 60 | EA | $5,000.00 | $300,000.00 |
| 5 | Tree Clearing | 11,200 | LF | $10.00 | $112,000.00 |
| 6 | Road Removal & Replacement[3] | 11,200 | LF | $60.00 | $672,000.00 |
| 7 | Driveway Removal & Replacement | 27 | EA | $1,000.00 | $27,000.00 |
| 8 | Lawn Restoration | 11,200 | LF | $10.00 | $112,000.00 |
| | | | | Total Construction Estimate: | $2,783,375.00 |
| 9 | Engineering, Legal, Administration, Contingencies (30% of Total Construction) | 1 | LS | $835,012.50 | $835,012.50 |
| 10 | Plainfield Charter Township Frontage Fee | 22,400 | LF | $30.00 | $672,000.00 |
| 11 | Plainfield Charter Township Water Service Fees (Connection Fee $1,475, Tap-On Fee $930, Meter Charge $275) | 60 | EA | $2,680.00 | $160,800.00 |
| | | | | Total Estimate: | $4,451,000.00 |

Notes:
1. Construction costs based on 2018-2019 dollars.
2. Water Service to Residence includes water main tap, corporation stop, curb stop & box, and 130' of 1" copper service (average 100' onto private property). Includes a $2,000 allowance for house plumbing modifications. Includes service to all parcels that have a house with frontage along new water main.
3. Road Removal & Replacement assumes half of a 26' wide road is replaced full depth and the other half is milled & filled 1.5".


Engineers • Surveyors • Environmental • Laboratory

# Preliminary Estimate of Probable Cost

Owner:
Plainfield Charter Township

Project Title:
Area 16 - Miscellaneous Water Service Locations with Existing Water Main Along Parcel Frontage

| Date: | | Project #: | |
|---|---|---|---|
| September 11, 2019 | | 2170602 | |

| Item No. | Description | Quantity | Unit | Unit Price [1] | Total Amount |
|---|---|---|---|---|---|
| 1 | Long Side Water Services (40'-200' Length) PFOS & PFOA > 10 ng/L | 8 | EA | $7,750.00 | $62,000.00 |
| 2 | Short Side Water Services (40'-200' Length) PFOS & PFOA > 10 ng/L | 10 | EA | $7,000.00 | $70,000.00 |
| 3 | Long Side Water Services (201'-575' Length) PFOS & PFOA > 10 ng/L | 5 | EA | $16,000.00 | $80,000.00 |
| 4 | Short Side Water Services (201'-575' Length) PFOS & PFOA > 10 ng/L | 2 | EA | $15,000.00 | $30,000.00 |
| 5 | Water Services to Residence PFAS > Non-Detect | 76 | EA | $11,500.00 | $874,000.00 |
| 6 | Well Abandonment | 101 | EA | $5,000.00 | $505,000.00 |
| 7 | Lawn Restoration | 101 | EA | $500.00 | $50,500.00 |
| | | | | Total Construction Estimate: | $1,671,500.00 |
| 8 | Engineering, Legal, Administration, Contingencies (30% of Total Construction) | 1 | LS | $501,450.00 | $501,450.00 |
| 9 | Plainfield Charter Township Water Service Fees (Connection Fee $1,475, Tap-On Fee $930, Meter Charge $275) | 101 | EA | $2,680.00 | $270,680.00 |
| | | | | **Total Estimate:** | **$2,444,000.00** |

Notes:
1. Construction costs based on 2018-2019 dollars.
2. Water Services includes water main tap, corporation stop, curb stop & box, and 1" copper service as detailed. Includes a $2,000 allowance for house plumbing modifications. Includes all parcels that had a detect for PFAS on the test results provided by Rose & Westra, dated 5/15/18, and have existing water main along the frontage to connect to.



**Prein&Newhof**
Engineers ▪ Surveyors ▪ Environmental ▪ Laboratory

# Preliminary Estimate of Probable Cost

Owner:
Plainfield Charter Township

Project Title:
Area 17 - Laurentian Court

Date: September 11, 2019

Project #: 2170602

| Item No. | Description | Quantity | Unit | Unit Price [1] | Total Amount |
|---|---|---|---|---|---|
| 1 | 8-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 1,870 | LF | $80.00 | $149,600.00 |
| 2 | Water Service to Residence[2] | 9 | EA | $7,500.00 | $67,500.00 |
| 3 | Well Abandonment | 9 | EA | $5,000.00 | $45,000.00 |
| 4 | Tree Clearing | 1,870 | LF | $10.00 | $18,700.00 |
| 5 | Road Removal & Replacement[3] | 1,870 | LF | $60.00 | $112,200.00 |
| 6 | Driveway Removal & Replacement | 5 | EA | $1,000.00 | $5,000.00 |
| 7 | Lawn Restoration | 1,870 | LF | $10.00 | $18,700.00 |
| | | | | **Total Construction Estimate:** | **$416,700.00** |
| 8 | Engineering, Legal, Administration, Contingencies (30% of Total Construction) | 1 | LS | $125,010.00 | $125,010.00 |
| 9 | Plainfield Charter Township Frontage Fee | 3,740 | LF | $30.00 | $112,200.00 |
| 10 | Plainfield Charter Township Water Service Fees (Connection Fee $1,475, Tap-On Fee $930, Meter Charge $275) | 9 | EA | $2,680.00 | $24,120.00 |
| | | | | **Total Estimate:** | **$678,000.00** |

Notes:
1. Construction costs based on 2018-2019 dollars.
2. Water Service to Residence includes water main tap, corporation stop, curb stop & box, and 130' of 1" copper service (average 100' onto private property). Includes a $2,000 allowance for house plumbing modifications. Includes service to all parcels that have a house with frontage along new water main.
3. Road Removal & Replacement assumes half of a 26' wide road is replaced full depth and the other half is milled & filled 1.5".



# Preliminary Estimate of Probable Cost

Owner:
Plainfield Charter Township

Project Title:
Area 18 - Rogue Ridge Drive (Pvt.)

Date: September 11, 2019

Project #: 2170602

| Item No. | Description | Quantity | Unit | Unit Price [1] | Total Amount |
|---|---|---|---|---|---|
| 1 | 8-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 1,000 | LF | $80.00 | $80,000.00 |
| 2 | Bore & Jack 10 Mile Road | 80 | LF | $500.00 | $40,000.00 |
| 3 | Water Service to Residence[2] | 7 | EA | $7,500.00 | $52,500.00 |
| 4 | Well Abandonment | 7 | EA | $5,000.00 | $35,000.00 |
| 5 | Road Removal & Replacement[3] | 1,000 | LF | $60.00 | $60,000.00 |
| 6 | Driveway Removal & Replacement | 4 | EA | $1,000.00 | $4,000.00 |
| 7 | Lawn Restoration | 1,000 | LF | $10.00 | $10,000.00 |
| | | | | Total Construction Estimate: | $281,500.00 |
| 8 | Engineering, Legal, Administration, Contingencies (30% of Total Construction) | 1 | LS | $84,450.00 | $84,450.00 |
| 9 | Plainfield Charter Township Frontage Fee | 2,000 | LF | $30.00 | $60,000.00 |
| 10 | Plainfield Charter Township Water Service Fees (Connection Fee $1,475, Tap-On Fee $930, Meter Charge $275) | 7 | EA | $2,680.00 | $18,760.00 |
| | | | | **Total Estimate:** | **$445,000.00** |

Notes:
1. Construction costs based on 2018-2019 dollars.
2. Water Service to Residence includes water main tap, corporation stop, curb stop & box, and 130' of 1" copper service (average 100' onto private property). Includes a $2,000 allowance for house plumbing modifications. Includes service to all parcels that have a house with frontage along new water main.
3. Road Removal & Replacement assumes half of a 26' wide road is replaced full depth and the other half is milled & filled 1.5".

# Estimate of Probable Cost

Owner:
Plainfield Charter Township

Project Title:
GAC Pre-Treatment System

Date:
October 7, 2019

Project #:
2170602

| Item No. | Description | Quantity | Unit | Unit Price | Total Amount |
|---|---|---|---|---|---|
| 1 | Property Acquisition | 1 | LS | $500,000 | $500,000 |
| 2 | GAC Treatment Systems (Calgon Model 12-40) [1] | 12 | EA | $500,000 | $6,000,000 |
| 3 | Prefabricated Steel Building, Approx. 100-ft x 250-ft | 25,000 | SF | $120 | $3,000,000 |
| 4 | Site Piping and Site Work | 1 | LS | $2,000,000 | $2,000,000 |
|  |  |  |  | Construction Total: | **$11,500,000** |
|  |  |  | Engineering, Legal, Administrative, and Contingency (30%): | | **$3,500,000** |
|  |  |  |  | Grand Total: | **$15,000,000** |

NOTES:  1. CCC Model 12-40 Systems (2 vessels); 12 systems each 1,010 GPM for 16 mgd firm capacity