UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN DEPARTMENT OF
ENVIRONMENTAL QUALITY,

    Plaintiff,

v.

WOLVERINE WORLD WIDE, INC.,

    Defendant.

and

PLAINFIELD CHARTER TOWNSHIP
and ALGOMA TOWNSHIP,

    Intervening Plaintiffs,

v.

WOLVERINE WORLD WIDE, INC.,

    Defendant.
                                      /

WOLVERINE WORLD WIDE, INC.,

    Third-Party Plaintiff,

v.

3M Corporation,

    Third-Party Defendant.
                                      /

No. 1:18-cv-00039-JTN-ESC

HON. JANET T. NEFF

MAG. SALLY J. BERENS

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| Polly A. Synk (P63473)<br>Danielle Allison-Yokom (P70950)<br>Brian J. Negele (P41846)<br>Assistant Attorneys General<br>Attorneys for Plaintiff<br>Environment, Natural Resources, and<br>Agriculture Division<br>P.O. Box 30755<br>Lansing, MI 48909<br>(517) 335-7664<br>synkp@michigan.gov<br>allisonyokomd@michigan.gov<br>negeleb@michigan.gov | John V. Byl (P35701)<br>James Moskal (P41885)<br>Scott M. Watson (P70185)<br>Warner Norcross & Judd LLP<br>Attorneys for Defendant/Third-Party<br>Plaintiff<br>111 Lyon Street NW, Suite 900<br>Grand Rapids, MI 49503<br>(616) 752-2000<br>jbyl@wnj.com<br>jmoskal@wnj.com<br>swatson@wnj.com |
| Douglas W. Van Essen (P33169)<br>Elliot J. Gruszka (P77117)<br>Silver & Van Essen, P.C.<br>Attorneys for Intervening Plaintiffs<br>300 Ottawa Avenue NW, Suite 620<br>Grand Rapids, MI 49503<br>(616) 988-5600<br>dwv@silvervanessen.com<br>egruszka@silvervanessen.com | Joe G. Hollingsworth<br>Frank Leone<br>Attorneys for Defendant/Third-Party<br>Plaintiff<br>Hollingsworth LLP<br>1350 I Street, N.W.<br>Washington, DC 20005<br>(202) 898-5800<br>jhollingsworth@hollingsworthllp.com<br>fleone@hollingsworthllp.com |
| Daniel L. Ring<br>Michael A. Olsen<br>Richard F. Bulger<br>Timothy S. Bishop<br>Mayer Brown<br>Attorneys for Third-Party Defendant 3M Corporation, Inc.<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>(312) 782-0600<br>dring@mayerbrown.com<br>molsen@mayerbrown.com<br>rbulger@mayerbrown.com<br>tbishop@mayerbrown.com | Harold A. Barza<br>Johanna Y. Ong<br>Joe M. Paunovich (P65340)<br>Valerie Roddy<br>Attorneys for Defendant/Third-Party<br>Plaintiff<br>Quinn Emanuel Urquhart &<br>Sullivan, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3000<br>halbarza@quinnemanuel.com<br>johannaong@quinnemanuel.com<br>joepaunovich@quinnemanuel.com<br>valerieroddy@quinnemanuel.com |

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2020, a copy of the Notice of Lodging of Proposed Consent Decree and Proposed Consent Decree was via ECF/email upon:

John V. Byl (P35701)
James Moskal (P41885)
Scott M. Watson (P70185)
Warner Norcross & Judd LLP
Attorneys for Defendant/Third-Party Plaintiff
111 Lyon Street NW, Suite 900
Grand Rapids, MI 49503
(616) 752-2000
jbyl@wnj.com
jmoskal@wnj.com
swatson@wnj.com

Douglas W. Van Essen (P33169)
Elliot J. Gruszka (P77117)
Silver & Van Essen, P.C.
Attorneys for Intervening Plaintiffs
dwv@silvervanessen.com
egruszka@silvervanessen.com

Harold A. Barza
Johanna Y. Ong
Joe M. Paunovich (P65340)
Valerie Roddy
Attorneys for Defendant/Third-Party Plaintiff
Quinn Emanuel Urquhart & Sullivan, LLP
halbarza@quinnemanuel.com
johannaong@quinnemanuel.com
joepaunovich@quinnemanuel.com
valerieroddy@quinnemanuel.com

Daniel L. Ring
Michael A. Olsen
Richard F. Bulger
Timothy S. Bishop
Mayer Brown
Attorneys for Third-Party Defendant 3M Corporation, Inc.
dring@mayerbrown.com
molsen@mayerbrown.com
rbulger@mayerbrown.com
tbishop@mayerbrown.com

Joe G. Hollingsworth
Frank Leone
Attorneys for Defendant/Third-Party Plaintiff
Hollingsworth LLP
jhollingsworth@hollingsworthllp.com
fleone@hollingsworthllp.com

_____/

1

2

/s/*Danielle Allison-Yokom*
Danielle Allison-Yokom (P70950)
Assistant Attorney General
Attorney for Plaintiff
Environment, Natural Resources, and
Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
allisonyokomd@michigan.gov

2