# Appendix A





APPENDIX A
NORTH KENT STUDY AREA -
PFAS INVESTIGATION AREAS

KENT COUNTY, MI

Legend
PFAS Investigation Areas
12 Mile & Summit
House Street
North Childsdale/10 Mile
Rogue River
Wolven/Jewell
Wolven Northeast
House Street Disposal Site
Rockford Tannery
Rogue River Located in the North Kent Study Area

Map Location

Prepared: 2/3/2020

0   0.25   0.5   Miles







**APPENDIX A**
**MAPS OF NORTH KENT STUDY AREA**
**SHEET 3 OF 6**

KENT COUNTY, MI

Map Location

**Legend**

**PFAS Investigation Areas**
- 12 Mile & Summit
- House Street
- North Childsdale/10 Mile
- Rogue River
- Wolven/Jewell
- Wolven Northeast

Parcel Boundary
House Street Disposal Site
Rockford Tannery
Rogue River Located in the North Kent Study Area

N

0   0.1   0.2
Miles

Prepared: 2/3/2020

G:\GrandRapids\DCS\GIS\ArcMap_GeoDB_Projects\ENV\GIS_Data\GIS\North_Kent\MXDs\AG\Appendix_A_North_Kent_Study_Area_Parcels_Sheets2+.mxd



APPENDIX A
MAPS OF NORTH KENT
STUDY AREA
SHEET 4 OF 6

KENT COUNTY, MI





EGLE

AECOM

Prepared:2/3/2020

Map Location

**Legend**
**PFAS Investigation Areas**
12 Mile & Summit
House Street
North Childsdale/10 Mile
Rogue River
Wolven/Jewell
Wolven Northeast

Parcel Boundary
House Street Disposal Site
Rockford Tannery
Rogue River Located in the North
Kent Study Area

N

0    0.1    0.2
Miles

APPENDIX A
MAPS OF NORTH KENT
STUDY AREA
SHEET 6 OF 6

KENT COUNTY, MI

G:\GrandRapids\DCS\GIS\ArcMap_GeoDB_Projects\ENV\GIS_Data\GIS\North_Kent\MXDs\AG\Appendix_A_North_Kent_Study_Area_Parcels_Sheets2+.mxd

# Appendix B

SUBSIDIARIES AND AFFILIATES

| Name | State or Country of Incorporation or Organization |
|------|---------------------------------------------------|
| Forus Colombia S.A.S. | Colombia |
| Gemini Asia Merrell, LLC | Delaware |
| Gemini Asia Saucony, LLC | Delaware |
| Gemini Intellectual Property, LLC | Delaware |
| Gemini Operations B.V. | The Netherlands |
| Hush Puppies Retail, LLC | Michigan |
| d/b/a Merrell | |
| Saucony | |
| Sperry | |
| Sperry / Saucony | |
| Sperry Top-Sider | |
| Keds, LLC | Massachusetts |
| Krause Cayman Ltd. | Cayman Islands |
| Krause Global B.V. | The Netherlands |
| Krause Leathers (Thailand) Limited | Thailand |
| Lifestyle and Heritage Brands of Mexico, S. de R.L. de C.V. | Mexico |
| Lifestyle and Heritage Servicios S. de R.L. de C.V. | Mexico |
| LifeStyle Brands (BVI) Limited | British Virgin Islands |
| LifeStyle Brands (HK) Limited | Hong Kong |
| LifeStyle Brands (Shanghai) Limited | People's Republic of China |
| LifeStyle Brands of Colombia S.A.S. | Colombia |
| Rockford Global C.V. | The Netherlands |
| Saucony IP Holdings LLC | Delaware |
| Saucony UK, Inc. | Massachusetts |
| Saucony, Inc. | Massachusetts |
| Spartan Shoe Company Limited | Cayman Islands |
| Sperry Top-Sider, LLC | Massachusetts |
| SR Holdings, LLC | Delaware |
| SR/Ecom, LLC | Massachusetts |
| SRL, LLC | Delaware |
| Stride Rite Children's Group, LLC | Massachusetts |
| d/b/a Merrell | |
| Rockford Footwear Depot | |
| Saucony | |
| Saucony / Sperry Top-Sider | |
| Sperry | |
| Sperry Since 1935 | |
| Sperry Top-Sider / Saucony | |
| Sperry Top-Sider | |
| Stride Rite de Mexico, S.A. de C.V. | Mexico |
| Stride Rite International Corp. | Massachusetts |
| Stride Rite International Services Brazil Ltda | Brazil |

| Name | State or Country of Incorporation or Organization |
|------|---------------------------------------------------|
| The Stride Rite Corporation | Massachusetts |
| Wolverine Consulting Services (Zhuhai) Company Limited | People's Republic of China |
| Wolverine de Mexico, S.A. de C.V. | Mexico |
| Wolverine Distribution, Inc. | Delaware |
| Wolverine Europe B.V. | The Netherlands |
| Wolverine Europe Limited | England & Wales |
| Wolverine Europe Retail Limited | England & Wales |
| Wolverine Outdoors, Inc. | Michigan |
| Wolverine Product Management, LLC | Michigan |
| Wolverine Slipper Group, Inc. | Michigan |
| Wolverine Sourcing, Inc. | Michigan |
| Wolverine Sourcing, Ltd. | Cayman Islands |
| Wolverine Trading (HK) Limited | Hong Kong |
| Wolverine Trading (Zhuhai) Company Limited | People's Republic of China |
| Wolverine Vietnam LLC | Vietnam |
| Wolverine World Wide Canada ULC | Alberta |
| Wolverine World Wide Europe Limited | England & Wales |
| Wolverine World Wide HK Limited | Hong Kong |
| Wolverine Worldwide Brands Private Limited | India |
| Wolverine Worldwide Leathers HK Limited | Hong Kong |
| Wolverine Worldwide Leathers, Inc. | Delaware |

2

# Appendix C



# Preliminary Estimate of Probable Cost Summary

**Owner:**

Plainfield Charter Township

**Project Title:**

Water System Extension Areas

| Date: | Project #: |
|---|---|
| January 30, 2020 | 2170602 |

## Consent Decree Cost Summary

## Water System Extension Areas

| Area No. | Description | Total Estimated Project Cost |
|---|---|---|
| 1 | House Street, Herrington Avenue & Chandler Drive Loop | $9,158,000 |
| 2 | Herrington Avenue from 10 Mile Road to Brent Road (Including Brittany Drive & Brent Road) | $2,014,000 |
| 3 | Herrington Avenue from Chandler Drive to west of Belmont Avenue (Including Terrie Lynn, Meek Drive, Korben Woods Court, Sprucewood Court & Sprucewood Drive) | $2,574,000 |
| 4 | Belmont Avenue from Post Drive to approximately 1000 feet south of Packer Drive (Including Pixley Avenue, Pine Hill Drive, Frond Street, a portion of Van Dam Drive & Wildwood Creek Drive) | $6,152,000 |
| 7 | Wolven Avenue, Wellington Ridge & 43 North (Including Windstone Drive, Stoneridge Drive, Bent Tree Ridge, Royal Hannah Drive, Sir Charles Drive, Lady Lauren Drive, Hopewell Drive, Hopewell Court, Elstner Avenue, & 11 Mile Road from Wolven Avenue to US-131) | $9,933,000 |
| 8 | Jewell Avenue from 10 Mile Road to 11 Mile Road (Including 10 Mile Road and 11 Mile Road from Jewell Avenue to Algoma Avenue, Algoma Avenue from 10 Mile Road to 11 Mile Road, Algoma Woods Drive, Point High Drive, Hidden Timbers Drive, Green Timbers, Clearwater Court, Winding Ridge Trail, Oakwood Trail, Booth Bay Development, & Garden Gate Development) | $12,530,000 |
| 9 | 10 Mile Road & Pine Island Drive Loop (Including Squirewood Drive, Freska Pines, Wateredge Drive & Freska Lake Drive) | $8,297,000 |
| 10 | Rogue River Drive (Pvt.) | $611,000 |
| 13 | Packer Drive Loop | $4,451,000 |
| 16 | Miscellaneous Water Service Locations with Existing Water Main Along Parcel Frontage | $2,444,000 |
| 17 | Laurentian Court | $678,000 |
| 18 | Rogue Ridge Drive (Pvt.) | $445,000 |



**Prein&Newhof**
Engineers•Surveyors•Environmental•Laboratory

# Preliminary Estimate of Probable Cost Summary

Owner:

Plainfield Charter Township

Project Title:

Water System Extension Areas

| Date: | Project #: |
|---|---|
| January 30, 2020 | 2170602 |

**Consent Decree Cost Summary**

## Water System Extension Areas

| Description | Total Estimated Project Cost |
|---|---|
| Transmission Improvements (Project Scope to be Determined) | $2,713,000 |
| **Water System Extension Areas Subtotal** | **$62,000,000** |

## Other Water System Improvements

| Description | Total Estimated Project Cost |
|---|---|
| Water Treatment Plant Improvements[1] | $7,500,000 |
| **Other Water System Improvements Subtotal** | **$7,500,000** |
| **Grand Total** | **$69,500,000** |

Notes:

1. Settlement cost is half of the Water Treatment Plant Improvments Estimate of Probable Cost.



# Preliminary Estimate of Probable Cost

Owner:

Plainfield Charter Township

Project Title:

Area 1 - House Street, Herrington Avenue & Chandler Drive Loop

Date:
September 11, 2019

Project #:
2170602

| Item No. | Description | Quantity | Unit | Unit Price [1] | Total Amount |
|---|---|---|---|---|---|
| 1 | 16-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 17,860 | LF | $145.00 | $2,589,700.00 |
| 2 | 8-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 950 | LF | $80.00 | $76,000.00 |
| 3 | Water Service to Residence[2] | 100 | EA | $7,500.00 | $750,000.00 |
| 4 | Well Abandonment | 100 | EA | $5,000.00 | $500,000.00 |
| 5 | Bore & Jack Under US-131 | 650 | LF | $500.00 | $325,000.00 |
| 6 | Tree Clearing | 18,160 | LF | $10.00 | $181,600.00 |
| 7 | Road Removal & Replacement[3] | 18,160 | LF | $60.00 | $1,089,600.00 |
| 8 | Driveway Removal & Replacement | 56 | EA | $1,000.00 | $56,000.00 |
| 9 | Lawn Restoration | 18,160 | LF | $10.00 | $181,600.00 |
| | | | | Total Construction Estimate: | $5,749,500.00 |
| 10 | Engineering, Legal, Administration, Contingencies (30% of Total Construction) | 1 | LS | $1,724,850.00 | $1,724,850.00 |
| 11 | Allowance to Address Soil and/or Groundwater Contamination During Construction (5% of Total Construction) | 1 | LS | $287,475.00 | $287,475.00 |
| 12 | Plainfield Charter Township Frontage Fee | 37,620 | LF | $30.00 | $1,128,600.00 |
| 13 | Plainfield Charter Township Water Service Fees (Connection Fee $1,475, Tap-On Fee $930, Meter Charge $275) | 100 | EA | $2,680.00 | $268,000.00 |
| | | | | Total Estimate: | **$9,158,000.00** |

Notes:
1. Construction costs based on 2018-2019 dollars.
2. Water Service to Residence includes water main tap, corporation stop, curb stop & box, and 130' of 1" copper service (average 100' onto private property). Includes a $2,000 allowance for house plumbing modifications. Includes service to all parcels that have a house with frontage along new water main.
3. Road Removal & Replacement assumes half of a 26' wide road is replaced full depth and the other half is milled & filled 1.5".



# Prein&Newhof
Engineers•Surveyors•Environmental•Laboratory

## Preliminary Estimate of Probable Cost

Owner:
Plainfield Charter Township

Project Title:
Area 2 - Herrington Avenue from 10 Mile Road to Brent Road (Including Brittany Drive & Brent Road)

Date:
September 11, 2019

Project #:
2170602

| Item No. | Description | Quantity | Unit | Unit Price [1] | Total Amount |
|---|---|---|---|---|---|
| 1 | 12-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 3,235 | LF | $115.00 | $372,025.00 |
| 2 | 8-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 1,760 | LF | $80.00 | $140,800.00 |
| 3 | Water Service to Residence[2] | 27 | EA | $7,500.00 | $202,500.00 |
| 4 | Well Abandonment | 27 | EA | $5,000.00 | $135,000.00 |
| 5 | Tree Clearing | 4,995 | LF | $10.00 | $49,950.00 |
| 6 | Road Removal & Replacement[3] | 4,995 | LF | $60.00 | $299,700.00 |
| 7 | Driveway Removal & Replacement | 13 | EA | $1,000.00 | $13,000.00 |
| 8 | Lawn Restoration | 4,995 | LF | $10.00 | $49,950.00 |
| | | | | Total Construction Estimate: | $1,262,925.00 |
| 9 | Engineering, Legal, Administration, Contingencies (30% of Total Construction) | 1 | LS | $378,877.50 | $378,877.50 |
| 10 | Plainfield Charter Township Frontage Fee | 9,990 | LF | $30.00 | $299,700.00 |
| 11 | Plainfield Charter Township Water Service Fees (Connection Fee $1,475, Tap-On Fee $930, Meter Charge $275) | 27 | EA | $2,680.00 | $72,360.00 |
| | | | | **Total Estimate:** | **$2,014,000.00** |

Notes:
1. Construction costs based on 2018-2019 dollars.
2. Water Service to Residence includes water main tap, corporation stop, curb stop & box, and 130' of 1" copper service (average 100' onto private property). Includes a $2,000 allowance for house plumbing modifications. Includes service to all parcels that have a house with frontage along new water main.
3. Road Removal & Replacement assumes half of a 26' wide road is replaced full depth and the other half is milled & filled 1.5".



**Prein&Newhof**
Engineers•Surveyors•Environmental•Laboratory

# Preliminary Estimate of Probable Cost

Owner:

Plainfield Charter Township

Project Title:

Area 3 - Herrington Avenue from Chandler Drive to west of Belmont Avenue (Including Terrie Lynn, Meek Drive, Korben Woods Court, Sprucewood Court & Sprucewood Drive)

| Date: | | | Project #: | |
|---|---|---|---|---|
| September 11, 2019 | | | 2170602 | |

| Item No. | Description | Quantity | Unit | Unit Price [1] | Total Amount |
|---|---|---|---|---|---|
| 1 | 8-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 6,600 | LF | $80.00 | $528,000.00 |
| 2 | Water Service to Residence[2] | 44 | EA | $7,500.00 | $330,000.00 |
| 3 | Well Abandonment | 44 | EA | $5,000.00 | $220,000.00 |
| 4 | Tree Clearing | 2,500 | LF | $10.00 | $25,000.00 |
| 5 | Road Removal & Replacement[3] | 6,600 | LF | $60.00 | $396,000.00 |
| 6 | Driveway Removal & Replacement | 20 | EA | $1,000.00 | $20,000.00 |
| 7 | Lawn Restoration | 6,600 | LF | $10.00 | $66,000.00 |
| | | | | Total Construction Estimate: | $1,585,000.00 |
| 8 | Engineering, Legal, Administration, Contingencies (30% of Total Construction) | 1 | LS | $475,500.00 | $475,500.00 |
| 9 | Plainfield Charter Township Frontage Fee | 13,200 | LF | $30.00 | $396,000.00 |
| 10 | Plainfield Charter Township Water Service Fees (Connection Fee $1,475, Tap-On Fee $930, Meter Charge $275) | 44 | EA | $2,680.00 | $117,920.00 |
| | | | | **Total Estimate:** | **$2,574,000.00** |

Notes:

1. Construction costs based on 2018-2019 dollars.

2. Water Service to Residence includes water main tap, corporation stop, curb stop & box, and 130' of 1" copper service (average 100' onto private property). Includes a $2,000 allowance for house plumbing modifications. Includes service to all parcels that have a house with frontage along new water main.

3. Road Removal & Replacement assumes half of a 26' wide road is replaced full depth and the other half is milled & filled 1.5".


Prein&Newhof
Engineers•Surveyors•Environmental•Laboratory

# Preliminary Estimate of Probable Cost

Owner:
Plainfield Charter Township

Project Title:
Area 4 - Belmont Avenue from Post Drive to approximately 1000 feet south of Packer Drive (Including Pixley Avenue, Pine Hill Drive, Frond Street, a portion of Van Dam Drive & Wildwood Creek Drive)

| Date: September 11, 2019 | | | Project #: 2170602 | |
|---|---|---|---|---|

| Item No. | Description | Quantity | Unit | Unit Price [1] | Total Amount |
|---|---|---|---|---|---|
| 1 | 12-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 6,130 | LF | $115.00 | $704,950.00 |
| 2 | 8-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 8,440 | LF | $80.00 | $675,200.00 |
| 3 | Water Service to Residence[2] | 101 | EA | $7,500.00 | $757,500.00 |
| 4 | Well Abandonment | 101 | EA | $5,000.00 | $505,000.00 |
| 5 | Tree Clearing | 14,570 | LF | $10.00 | $145,700.00 |
| 6 | Road Removal & Replacement[3] | 14,570 | LF | $60.00 | $874,200.00 |
| 7 | Driveway Removal & Replacement | 43 | EA | $1,000.00 | $43,000.00 |
| 8 | Lawn Restoration | 14,570 | LF | $10.00 | $145,700.00 |
| | | | | Total Construction Estimate: | $3,851,250.00 |
| 9 | Engineering, Legal, Administration, Contingencies (30% of Total Construction) | 1 | LS | $1,155,375.00 | $1,155,375.00 |
| 10 | Plainfield Charter Township Frontage Fee | 29,140 | LF | $30.00 | $874,200.00 |
| 11 | Plainfield Charter Township Water Service Fees (Connection Fee $1,475, Tap-On Fee $930, Meter Charge $275) | 101 | EA | $2,680.00 | $270,680.00 |
| | | | | **Total Estimate:** | **$6,152,000.00** |

Notes:
1. Construction costs based on 2018-2019 dollars.
2. Water Service to Residence includes water main tap, corporation stop, curb stop & box, and 130' of 1" copper service (average 100' onto private property). Includes a $2,000 allowance for house plumbing modifications. Includes service to all parcels that have a house with frontage along new water main.
3. Road Removal & Replacement assumes half of a 26' wide road is replaced full depth and the other half is milled & filled 1.5".



**Prein&Newhof**
Engineers•Surveyors•Environmental•Laboratory

# Preliminary Estimate of Probable Cost

Owner:
Plainfield Charter Township

Project Title:
Area 7 - Wolven Avenue, Wellington Ridge & 43 North (Including Windstone Drive, Stoneridge Drive, Bent Tree Ridge, Royal Hannah Drive, Sir Charles Drive, Lady Lauren Drive, Hopewell Drive, Hopewell Court, Elstner Avenue, & 11 Mile Road from Wolven Avenue to US-131)

| Date: | Project #: |
|---|---|
| September 11, 2019 | 2170602 |

| Item No. | Description | Quantity | Unit | Unit Price [1] | Total Amount |
|---|---|---|---|---|---|
| 1 | 16-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 2,650 | LF | $145.00 | $384,250.00 |
| 2 | 12-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 8,940 | LF | $115.00 | $1,028,100.00 |
| 3 | 8-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 10,925 | LF | $80.00 | $874,000.00 |
| 4 | Water Service to Residence[2] | 168 | EA | $7,500.00 | $1,260,000.00 |
| 5 | Well Abandonment | 168 | EA | $5,000.00 | $840,000.00 |
| 6 | Tree Clearing | 13,085 | LF | $10.00 | $130,850.00 |
| 7 | Road Removal & Replacement[3] | 20,160 | LF | $60.00 | $1,209,600.00 |
| 8 | Driveway Removal & Replacement | 72 | EA | $1,000.00 | $72,000.00 |
| 9 | Lawn Restoration | 22,515 | LF | $10.00 | $225,150.00 |
| | | | | **Total Construction Estimate:** | **$6,023,950.00** |
| 10 | Engineering, Legal, Administration, Contingencies (30% of Total Construction) | 1 | LS | $1,807,185.00 | $1,807,185.00 |
| 11 | Allowance to Address Soil and/or Groundwater Contamination During Construction (5% of Total Construction) | 1 | LS | $301,197.50 | $301,197.50 |
| 12 | Plainfield Charter Township Frontage Fee | 45,030 | LF | $30.00 | $1,350,900.00 |
| 13 | Plainfield Charter Township Water Service Fees (Connection Fee $1,475, Tap-On Fee $930, Meter Charge $275) | 168 | EA | $2,680.00 | $450,240.00 |
| | | | | **Total Estimate:** | **$9,933,000.00** |

Notes:
1. Construction costs based on 2018-2019 dollars.
2. Water Service to Residence includes water main tap, corporation stop, curb stop & box, and 130' of 1" copper service (average 100' onto private property). Includes a $2,000 allowance for house plumbing modifications. Includes service to all parcels that have a house with frontage along new water main.
3. Road Removal & Replacement assumes half of a 26' wide road is replaced full depth and the other half is milled & filled 1.5".



**Prein&Newhof**
Engineers•Surveyors•Environmental•Laboratory

# Preliminary Estimate of Probable Cost

Owner:

Plainfield Charter Township

Project Title:

Area 8 - Jewell Avenue from 10 Mile Road to 11 Mile Road (Including 10 Mile Road and 11 Mile Road from Jewell Avenue to Algoma Avenue, Algoma Avenue from 10 Mile Road to 11 Mile Road, Algoma Woods Drive, Point High Drive, Hidden Timbers Drive, Green Timbers, Clearwater Court, Winding Ridge Trail, Oakwood Trail, Booth Bay Development, & Garden Gate Development)

| Date: | Project #: |
|---|---|
| September 11, 2019 | 2170602 |

| Item No. | Description | Quantity | Unit | Unit Price [1] | Total Amount |
|---|---|---|---|---|---|
| 1 | 12-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 15,935 | LF | $115.00 | $1,832,525.00 |
| 2 | 8-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 15,025 | LF | $80.00 | $1,202,000.00 |
| 3 | Water Service to Residence[2] | 182 | EA | $7,500.00 | $1,365,000.00 |
| 4 | Well Abandonment | 182 | EA | $5,000.00 | $910,000.00 |
| 5 | Tree Clearing | 25,460 | LF | $10.00 | $254,600.00 |
| 6 | Road Removal & Replacement[3] | 30,960 | LF | $60.00 | $1,857,600.00 |
| 7 | Driveway Removal & Replacement | 103 | EA | $1,000.00 | $103,000.00 |
| 8 | Lawn Restoration | 30,960 | LF | $10.00 | $309,600.00 |
| | | | Total Construction Estimate: | | $7,834,325.00 |
| 9 | Engineering, Legal, Administration, Contingencies (30% of Total Construction) | 1 | LS | $2,350,297.50 | $2,350,297.50 |
| 10 | Plainfield Charter Township Frontage Fee | 61,920 | LF | $30.00 | $1,857,600.00 |
| 11 | Plainfield Charter Township Water Service Fees (Connection Fee $1,475, Tap-On Fee $930, Meter Charge $275) | 182 | EA | $2,680.00 | $487,760.00 |
| | | | Total Estimate: | | $12,530,000.00 |

Notes:
1. Construction costs based on 2018-2019 dollars.
2. Water Service to Residence includes water main tap, corporation stop, curb stop & box, and 130' of 1" copper service (average 100' onto private property). Includes a $2,000 allowance for house plumbing modifications. Includes service to all parcels that have a house with frontage along new water main.
3. Road Removal & Replacement assumes half of a 26' wide road is replaced full depth and the other half is milled & filled 1.5".



**Prein&Newhof**
Engineers•Surveyors•Environmental•Laboratory

# Preliminary Estimate of Probable Cost

Owner:

Plainfield Charter Township

Project Title:

Area 9 - 10 Mile Road & Pine Island Drive Loop (Including Squirewood Drive, Freska Pines, Wateredge Drive & Freska Lake Drive)

| Date: | | | Project #: | |
|---|---|---|---|---|
| September 11, 2019 | | | 2170602 | |

| Item No. | Description | Quantity | Unit | Unit Price [1] | Total Amount |
|---|---|---|---|---|---|
| 1 | 12-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 14,645 | LF | $115.00 | $1,684,175.00 |
| 2 | 8-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 5,085 | LF | $80.00 | $406,800.00 |
| 3 | Water Service to Residence[2] | 124 | EA | $7,500.00 | $930,000.00 |
| 4 | Well Abandonment | 124 | EA | $5,000.00 | $620,000.00 |
| 5 | Tree Clearing | 15,730 | LF | $10.00 | $157,300.00 |
| 6 | Road Removal & Replacement[3] | 19,730 | LF | $60.00 | $1,183,800.00 |
| 7 | Driveway Removal & Replacement | 37 | EA | $1,000.00 | $37,000.00 |
| 8 | Lawn Restoration | 19,730 | LF | $10.00 | $197,300.00 |
| | | | | **Total Construction Estimate:** | $5,216,375.00 |
| 9 | Engineering, Legal, Administration, Contingencies (30% of Total Construction) | 1 | LS | $1,564,912.50 | $1,564,912.50 |
| 10 | Plainfield Charter Township Frontage Fee | 39,460 | LF | $30.00 | $1,183,800.00 |
| 11 | Plainfield Charter Township Water Service Fees (Connection Fee $1,475, Tap-On Fee $930, Meter Charge $275) | 124 | EA | $2,680.00 | $332,320.00 |
| | | | | **Total Estimate:** | **$8,297,000.00** |

Notes:

1. Construction costs based on 2018-2019 dollars.

2. Water Service to Residence includes water main tap, corporation stop, curb stop & box, and 130' of 1" copper service (average 100' onto private property). Includes a $2,000 allowance for house plumbing modifications. Includes service to all parcels that have a house with frontage along new water main.

3. Road Removal & Replacement assumes half of a 26' wide road is replaced full depth and the other half is milled & filled 1.5".



**Prein&Newhof**
Engineers•Surveyors•Environmental•Laboratory

# Preliminary Estimate of Probable Cost

Owner:
Plainfield Charter Township

Project Title:
Area 10 - Rogue River Drive (Pvt.)

| Date: | Project #: |
|---|---|
| September 11, 2019 | 2170602 |

| Item No. | Description | Quantity | Unit | Unit Price [1] | Total Amount |
|---|---|---|---|---|---|
| 1 | 8-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 1,940 | LF | $80.00 | $155,200.00 |
| 2 | Water Service to Residence[2] | 9 | EA | $7,500.00 | $67,500.00 |
| 3 | Well Abandonment | 9 | EA | $5,000.00 | $45,000.00 |
| 4 | Tree Clearing | 1,000 | LF | $10.00 | $10,000.00 |
| 5 | Road Removal & Replacement[3] | 1,000 | LF | $60.00 | $60,000.00 |
| 6 | Driveway Removal & Replacement | 5 | EA | $1,000.00 | $5,000.00 |
| 7 | Lawn Restoration | 1,940 | LF | $10.00 | $19,400.00 |
| | | | Total Construction Estimate: | | $362,100.00 |
| 8 | Engineering, Legal, Administration, Contingencies (30% of Total Construction) | 1 | LS | $108,630.00 | $108,630.00 |
| 9 | Plainfield Charter Township Frontage Fee | 3,880 | LF | $30.00 | $116,400.00 |
| 10 | Plainfield Charter Township Water Service Fees (Connection Fee $1,475, Tap-On Fee $930, Meter Charge $275) | 9 | EA | $2,680.00 | $24,120.00 |
| | | | Total Estimate: | | **$611,000.00** |

Notes:
1. Construction costs based on 2018-2019 dollars.
2. Water Service to Residence includes water main tap, corporation stop, curb stop & box, and 130' of 1" copper service (average 100' onto private property). Includes a $2,000 allowance for house plumbing modifications. Includes service to all parcels that have a house with frontage along new water main.
3. Road Removal & Replacement assumes half of a 26' wide road is replaced full depth and the other half is milled & filled 1.5".

page 1 of 1

S:\2017\2170602 Plainfield Charter Township\DNC\Cost Estimates\2019-11-14_Estimate of Probable Cost PFOS & PFOA_FINAL.xlsx



**Prein&Newhof**
Engineers•Surveyors•Environmental•Laboratory

# Preliminary Estimate of Probable Cost

Owner:
Plainfield Charter Township

Project Title:
Area 13 - Packer Drive Loop

| Date: | Project #: |
|---|---|
| September 11, 2019 | 2170602 |

| Item No. | Description | Quantity | Unit | Unit Price [1] | Total Amount |
|---|---|---|---|---|---|
| 1 | 12-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 6,125 | LF | $115.00 | $704,375.00 |
| 2 | 8-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 5,075 | LF | $80.00 | $406,000.00 |
| 3 | Water Service to Residence[2] | 60 | EA | $7,500.00 | $450,000.00 |
| 4 | Well Abandonment | 60 | EA | $5,000.00 | $300,000.00 |
| 5 | Tree Clearing | 11,200 | LF | $10.00 | $112,000.00 |
| 6 | Road Removal & Replacement[3] | 11,200 | LF | $60.00 | $672,000.00 |
| 7 | Driveway Removal & Replacement | 27 | EA | $1,000.00 | $27,000.00 |
| 8 | Lawn Restoration | 11,200 | LF | $10.00 | $112,000.00 |
| | | | | Total Construction Estimate: | $2,783,375.00 |
| 9 | Engineering, Legal, Administration, Contingencies (30% of Total Construction) | 1 | LS | $835,012.50 | $835,012.50 |
| 10 | Plainfield Charter Township Frontage Fee | 22,400 | LF | $30.00 | $672,000.00 |
| 11 | Plainfield Charter Township Water Service Fees (Connection Fee $1,475, Tap-On Fee $930, Meter Charge $275) | 60 | EA | $2,680.00 | $160,800.00 |
| | | | | **Total Estimate:** | **$4,451,000.00** |

Notes:
1. Construction costs based on 2018-2019 dollars.
2. Water Service to Residence includes water main tap, corporation stop, curb stop & box, and 130' of 1" copper service (average 100' onto private property). Includes a $2,000 allowance for house plumbing modifications. Includes service to all parcels that have a house with frontage along new water main.
3. Road Removal & Replacement assumes half of a 26' wide road is replaced full depth and the other half is milled & filled 1.5".



# Preliminary Estimate of Probable Cost

Owner:

Plainfield Charter Township

Project Title:

Area 16 - Miscellaneous Water Service Locations with Existing Water Main Along Parcel Frontage

| Date: | | | Project #: | |
|---|---|---|---|---|
| September 11, 2019 | | | 2170602 | |

| Item No. | Description | Quantity | Unit | Unit Price [1] | Total Amount |
|---|---|---|---|---|---|
| 1 | Long Side Water Services (40'-200' Length) PFOS & PFOA > 10 ng/L | 8 | EA | $7,750.00 | $62,000.00 |
| 2 | Short Side Water Services (40'-200' Length) PFOS & PFOA > 10 ng/L | 10 | EA | $7,000.00 | $70,000.00 |
| 3 | Long Side Water Services (201'-575' Length) PFOS & PFOA > 10 ng/L | 5 | EA | $16,000.00 | $80,000.00 |
| 4 | Short Side Water Services (201'-575' Length) PFOS & PFOA > 10 ng/L | 2 | EA | $15,000.00 | $30,000.00 |
| 5 | Water Services to Residence PFAS > Non-Detect | 76 | EA | $11,500.00 | $874,000.00 |
| 6 | Well Abandonment | 101 | EA | $5,000.00 | $505,000.00 |
| 7 | Lawn Restoration | 101 | EA | $500.00 | $50,500.00 |
| | **Total Construction Estimate:** | | | | $1,671,500.00 |
| 8 | Engineering, Legal, Administration, Contingencies (30% of Total Construction) | 1 | LS | $501,450.00 | $501,450.00 |
| 9 | Plainfield Charter Township Water Service Fees (Connection Fee $1,475, Tap-On Fee $930, Meter Charge $275) | 101 | EA | $2,680.00 | $270,680.00 |
| | **Total Estimate:** | | | | **$2,444,000.00** |

Notes:

1. Construction costs based on 2018-2019 dollars.

2. Water Services includes water main tap, corporation stop, curb stop & box, and 1" copper service as detailed. Includes a $2,000 allowance for house plumbing modifications. Includes all parcels that had a detect for PFAS on the test results provided by Rose & Westra, dated 5/15/18, and have existing water main along the frontage to connect to.

**Prein&Newhof**
Engineers•Surveyors•Environmental•Laboratory

# Preliminary Estimate of Probable Cost

Owner:
Plainfield Charter Township

Project Title:
Area 17 - Laurentian Court

| Date: | Project #: |
|---|---|
| September 11, 2019 | 2170602 |

| Item No. | Description | Quantity | Unit | Unit Price [1] | Total Amount |
|---|---|---|---|---|---|
| 1 | 8-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 1,870 | LF | $80.00 | $149,600.00 |
| 2 | Water Service to Residence[2] | 9 | EA | $7,500.00 | $67,500.00 |
| 3 | Well Abandonment | 9 | EA | $5,000.00 | $45,000.00 |
| 4 | Tree Clearing | 1,870 | LF | $10.00 | $18,700.00 |
| 5 | Road Removal & Replacement[3] | 1,870 | LF | $60.00 | $112,200.00 |
| 6 | Driveway Removal & Replacement | 5 | EA | $1,000.00 | $5,000.00 |
| 7 | Lawn Restoration | 1,870 | LF | $10.00 | $18,700.00 |
| | | | | **Total Construction Estimate:** | $416,700.00 |
| 8 | Engineering, Legal, Administration, Contingencies (30% of Total Construction) | 1 | LS | $125,010.00 | $125,010.00 |
| 9 | Plainfield Charter Township Frontage Fee | 3,740 | LF | $30.00 | $112,200.00 |
| 10 | Plainfield Charter Township Water Service Fees (Connection Fee $1,475, Tap-On Fee $930, Meter Charge $275) | 9 | EA | $2,680.00 | $24,120.00 |
| | | | | **Total Estimate:** | **$678,000.00** |

Notes:
1. Construction costs based on 2018-2019 dollars.
2. Water Service to Residence includes water main tap, corporation stop, curb stop & box, and 130' of 1" copper service (average 100' onto private property). Includes a $2,000 allowance for house plumbing modifications. Includes service to all parcels that have a house with frontage along new water main.
3. Road Removal & Replacement assumes half of a 26' wide road is replaced full depth and the other half is milled & filled 1.5".

page 1 of 1

S:\2017\2170602 Plainfield Charter Township\DNC\Cost Estimates\2019-11-14_Estimate of Probable Cost PFOS & PFOA_FINAL.xlsx



**Prein&Newhof**
Engineers•Surveyors•Environmental•Laboratory

# Preliminary Estimate of Probable Cost

Owner:
Plainfield Charter Township

Project Title:
Area 18 - Rogue Ridge Drive (Pvt.)

| Date: | Project #: |
|---|---|
| September 11, 2019 | 2170602 |

| Item No. | Description | Quantity | Unit | Unit Price [1] | Total Amount |
|---|---|---|---|---|---|
| 1 | 8-inch Ductile Iron, Class 53, Water Main with Polywrap Including Appurtenances | 1,000 | LF | $80.00 | $80,000.00 |
| 2 | Bore & Jack 10 Mile Road | 80 | LF | $500.00 | $40,000.00 |
| 3 | Water Service to Residence[2] | 7 | EA | $7,500.00 | $52,500.00 |
| 4 | Well Abandonment | 7 | EA | $5,000.00 | $35,000.00 |
| 5 | Road Removal & Replacement[3] | 1,000 | LF | $60.00 | $60,000.00 |
| 6 | Driveway Removal & Replacement | 4 | EA | $1,000.00 | $4,000.00 |
| 7 | Lawn Restoration | 1,000 | LF | $10.00 | $10,000.00 |
| | | | Total Construction Estimate: | | $281,500.00 |
| 8 | Engineering, Legal, Administration, Contingencies (30% of Total Construction) | 1 | LS | $84,450.00 | $84,450.00 |
| 9 | Plainfield Charter Township Frontage Fee | 2,000 | LF | $30.00 | $60,000.00 |
| 10 | Plainfield Charter Township Water Service Fees (Connection Fee $1,475, Tap-On Fee $930, Meter Charge $275) | 7 | EA | $2,680.00 | $18,760.00 |
| | | | Total Estimate: | | **$445,000.00** |

Notes:
1. Construction costs based on 2018-2019 dollars.
2. Water Service to Residence includes water main tap, corporation stop, curb stop & box, and 130' of 1" copper service (average 100' onto private property). Includes a $2,000 allowance for house plumbing modifications. Includes service to all parcels that have a house with frontage along new water main.
3. Road Removal & Replacement assumes half of a 26' wide road is replaced full depth and the other half is milled & filled 1.5".

# Estimate of Probable Cost

Owner:
  Plainfield Charter Township

Project Title:
  GAC Pre-Treatment System

| Date: | Project #: |
|---|---|
| October 7, 2019 | 2170602 |

| Item No. | Description | Quantity | Unit | Unit Price | Total Amount |
|---|---|---|---|---|---|
| 1 | Property Acquisition | 1 | LS | $500,000 | $500,000 |
| 2 | GAC Treatment Systems (Calgon Model 12-40)[1] | 12 | EA | $500,000 | $6,000,000 |
| 3 | Prefabricated Steel Building, Approx. 100-ft x 250-ft | 25,000 | SF | $120 | $3,000,000 |
| 4 | Site Piping and Site Work | 1 | LS | $2,000,000 | $2,000,000 |
| | | | Construction Total: | | **$11,500,000** |
| | | Engineering, Legal, Administrative, and Contingency (30%): | | | **$3,500,000** |
| | | | Grand Total: | | **$15,000,000** |

NOTES:   1.  CCC Model 12-40 Systems (2 vessels); 12 systems each 1,010 GPM for 16 mgd firm capacity

# Appendix D



APPENDIX D
MAP OF FILTER AREAS
SHEET 1 OF 7

KENT COUNTY, MI





Legend

Occupied Parcel within Filter Area
Vacant Parcel within Filter Area
North Kent Study Area

APPENDIX D
MAP OF FILTER AREAS
SHEET 3 OF 7

KENT COUNTY, MI

0    0.1    0.2
Miles

Prepared: 2/3/2020

G:\GrandRapids\DCS\GIS\ArcMap_GeoDB_Projects\ENV\GIS_Data\GIS\North_Kent\MXDs\AG\Appendix_D_Map_Filter_Areas_Sheets3+.mxd



APPENDIX D
MAP OF FILTER AREAS
SHEET 4 OF 7

KENT COUNTY, MI

Map Location

Legend
Occupied Parcel within Filter Area
Vacant Parcel within Filter Area
North Kent Study Area

N

0    0.1    0.2
Miles

Prepared: 2/3/2020

G:\GrandRapids\DCS\GIS\ArcMap_GeoDB_Projects\ENV\GIS_Data\GIS\North_Kent\MXDs\AG\Appendix_D_Map_Filter_Areas_Sheets3+.mxd



Legend

Occupied Parcel within Filter Area

Vacant Parcel within Filter Area

North Kent Study Area

APPENDIX D
MAP OF FILTER AREAS
SHEET 5 OF 7

KENT COUNTY, MI

0    0.1    0.2
Miles

Map Location

Prepared:2/3/2020

G:\GrandRapids\DCS\GIS\ArcMap_GeoDB_Projects\ENV\GIS_Data\GIS\North_Kent\MXDs\AG\Appendix_D_Map_Filter_Areas_Sheets3+.mxd



Legend
- Occupied Parcel within Filter Area
- Vacant Parcel within Filter Area
- North Kent Study Area

Map Location

EGLE

AECOM

Prepared: 2/3/2020

APPENDIX D
MAP OF FILTER AREAS
SHEET 6 OF 7

KENT COUNTY, MI

0   0.1   0.2
Miles

N

G:\GrandRapids\DCS\GIS\ArcMap_GeoDB_Projects\ENV\GIS_Data\GIS\North_Kent\MXDs\AG\Appendix_D_Map_Filter_Areas_Sheets3+.mxd



APPENDIX D
MAP OF FILTER AREAS
SHEET 7 OF 7

KENT COUNTY, MI

Legend
- Occupied Parcel within Filter Area
- Vacant Parcel within Filter Area
- North Kent Study Area

Map Location

Prepared: 2/3/2020

G:\GrandRapids\DCS\GIS\ArcMap_GeoDB_Projects\ENV\GIS_Data\GIS\North_Kent\MXDs\AG\Appendix_D_Map_Filter_Areas_Sheets3+.mxd

# Appendix E



Rose & Westra, a Division of GZA
601 Fifth Street NW, Suite 102
Grand Rapids, Michigan 49504

GZA GeoEnvironmental, Inc.
Engineers and Scientists
www.gza.com

HOUSE STREET SITE
KENT COUNTY, MICHIGAN

PREPARED FOR:

LEGEND

APPROXIMATE HOUSE ST SITE BOUNDARY