# Appendix K

## APPENDIX K – SCHEDULE FOR SUBMITTAL OF RESPONSE ACTIVITY PLANS

| RESPONSE ACTIVITY PLAN | TIMELINE FOR SUBMITTAL (DAYS AFTER ENTRY OF CONSENT DECREE) |
|---|---|
| Operation and Maintenance of Filters | 45 Days |
| Groundwater-Surface Water Interface (GSI) Investigation | 60 Days |
| Residential Well Sampling | 75 Days |
| Groundwater Investigation in Area 5 | 120 Days |
| Groundwater Investigation in Area 6 | 120 Days |
| Groundwater Investigation in Area 11 | 120 Days |
| Groundwater Investigation in Area 12 | 120 Days |
| Groundwater Investigation in Area R-1 (19) | 120 Days |
| Perimeter Wells | 180 Days |

# Appendix L



**Rose & Westra**
A Division of GZA

Geotechnical
Environmental
Ecological
Water
Construction Management



The Widdicomb Building
601 Fifth Street NW
Suite 102
Grand Rapids, MI 49504
T: 616.956.6123
F: 616.288.3327
www.rosewestra.com
www.gza.com

# POET AND POU STATEMENT OF WORK
## North Kent Study Area

January 31, 2020
File No. 16.0062335.60

**PREPARED FOR:**
Wolverine World Wide, Inc.
Rockford, Michigan

**Rose & Westra, a Division of GZA GeoEnvironmental, Inc.**
601 Fifth Street NW  |  Suite 102  |  Grand Rapids, MI 49504
616.956.6123

31 Offices Nationwide
www.gza.com

Copyright© 2020 GZA GeoEnvironmental, Inc.





January 31, 2020
POET & POU SOW
Kent County, Michigan
File No. 16.0062335.60
*TOC i*

**TABLE OF CONTENTS**

1.0    INTRODUCTION ................................................................................................................. 1

2.0    GENERAL APPROACH & PROPOSED CHANGES ................................................................. 1

     POUS    ........................................................................................................................... 1

     POETS    ......................................................................................................................... 1

3.0    ANTICIPATED SCHEDULE ................................................................................................ 4


## 1.0 INTRODUCTION

On behalf of Wolverine World Wide, Inc. (Wolverine), Rose & Westra, a Division of GZA GeoEnvironmental, Inc. (R&W/GZA), prepared this Statement of Work (SOW) summarizing the approach and rationale for proposed revisions to the existing March 2019 *Alternate Water Supply Management Plan Point-of-Entry Treatment Systems* (POET O&M) and associated supplemental documentation as well as the May 2018 memo, *Aquasana 5300+ Point-of-Use Filtration Maintenance* (POU O&M).  The purpose of this Work Plan is to propose and implement changes to the POET O&M and POU O&M as set forth in the Consent Decree (CD).

## 2.0 GENERAL APPROACH & PROPOSED CHANGES

Revisions to the filter O&M plans are proposed because monitoring over two years generated a wealth of data demonstrating the effectiveness of the filters, the remedial investigations in the North Kent study Area have better defined the extent of PFAS, and municipal water is planned for numerous homes in the study areas having POETs or POUs.

Nearly five thousand monitoring samples have been collected from the mid-point and effluent ports of the POET systems operating over 22 months.  The filters have been proven to be highly effective for PFAS removal. The monitoring samples also demonstrate POET carbon will last at least 18 months and/or at least 120,000 gallons even for homes with the highest PFAS concentrations and water use.  This is further outlined in the November 2019 memo, *POET Post-Installation Performance Monitoring Sampling Protocol*.

Based on the continued effectiveness of the filter systems, the continued efforts to delineate the extent(s) of contamination, the well-established minimum carbon life for the POETs, and the pending municipal water installation, the following is proposed:

<u>POUS</u>

- In filter areas at residences where influent concentrations are above 10 ppt for PFOS+PFOA as well as in municipal water areas, Wolverine will continue to provide replacement cartridges for the NSF-certified POUs, as specified in the existing POU O&M Plan and the manufacturer's suggestion.  Two sets of replacement cartridges will be mailed each year to each residence.  Wolverine will stop providing POU replacement cartridges when an individual residence is connected to municipal water.

- In filter areas, if a parcel is resampled and a detection of PFOS+PFOA greater than 10 ppt or other applicable PFAS criterion is identified, that resident will be offered a POU which will be maintained as stated above.

- After the Effective Date of the CD, in filter areas, if a parcel has not had detections of PFOS+PFOA exceeding 10 ppt, Wolverine will offer to remove the POU at Wolverine's expense, or the resident may choose to keep the POU if they assume operation and maintenance.

<u>POETS</u>

- The existing maintenance and monitoring program will be modified after the Effective Date of the CD until the first carbon change out at each individual residence for (a) POETs in municipal water areas, and (b) POETs in filter areas where influent concentrations are above 10 ppt for PFOS+PFOA:



January 31, 2020
POET & POU SOW
Kent County, Michigan
File No. 16.0062335.60
Page 2

| Current Monitoring Interval | Proposed Monitoring after Effective Date of the CD until the first Carbon Change Out at Each Individual Residence | Proposed Carbon Change Out Intervals* |
|---|---|---|
| Weekly | Monthly | 6 months |
| Monthly | Quarterly | 12 months |
| Quarterly | Semi-Annual | 16 months |
| Semi-Annual | None, if sampled since July 1, 2019. If not sampled since July 1, 2019, one additional sample will be collected within the first eight months after CD is effective. | 16 months |
| Annual | None, if sampled since July 1, 2019. If not sampled since July 1, 2019, one additional sample will be collected within the first eight months after the CD is effective. | 20 months** |

*Carbon change out is removing the lead carbon vessel(s) and moving the lag vessel(s) into the lead position and installing a new vessel(s) in the lag position(s).  On a case-by-case basis carbon change outs may occur off-schedule when unique issues such as unexpected pressure drop occurs across the POET system.  If a POET has been installed or a carbon change out has occurred at an individual address within six months prior to the Effective Date of the CD, that POET system will automatically be put on the carbon change out schedule and monitoring will cease.  Wolverine, after consultation with and approval from EGLE, may agree to postpone a scheduled change out to accommodate the scheduled installation of municipal water for the home.

**The change out will occur earlier than 20 months if there is a demonstrated reduction in flow rate or increased pressure drop across the POET prior to the expiration of 20 months (i.e. evidence of physical clogging rather than carbon exhaustion due to PFAS burden).

- The initial round of carbon change outs will be completed over an approximately 4 to 8-month period after the Effective Date of the CD.  The change outs will be prioritized by PFAS concentrations, with the current weekly intervals being the first group.  Once a carbon change out has occurred at an individual system, the specified carbon change-out schedule will begin for that particular address (i.e. if a current weekly system is changed March 1, 2020 as part of the initial change out, the six-month schedule will be triggered with the next scheduled change on September 1, 2020 and so on).

- UV lamp and sediment filter maintenance will continue on annual and thrice yearly basis, respectively.

- After each carbon change out, R&W/GZA will schedule a site visit to confirm configuration and operation of the POET systems.

- Once the presumptive carbon change outs begin, the following performance monitoring will be conducted.  The sampling will be completed approximately 2 -4 weeks after the individual carbon change out occurs.

| Current Monitoring Interval | Proposed Carbon Change Out Intervals | Percentage of Random Systems Sampled after GAC Change Out (CO)* | Ports Sampled for Performance Monitoring** |
| --- | --- | --- | --- |
| Weekly | 6 months | 100% first GAC CO and 25% subsequent GAC COs | IN-MP-EF |
| Monthly | 12 months | 100% first GAC CO and 12% subsequent GAC COs | IN-MP-EF |
| Quarterly | 16 months | 10% | IN-MP |
| Semi-Annual | 16 months | 5% | IN-MP |
| Annual | 20 months | 5% | IN |

*For the three POETs installed in the filter areas with known influent concentrations over 70 ppt PFOS+PFOA, influent and mid-point monitoring samples will be collected one time between each carbon change out.
**IN= Influent, MP = Midpoint, and EF = Effluent

- Wolverine will stop providing POET monitoring and/or carbon changeout (as specified above) when the individual residence is connected to municipal water.  Wolverine will remove the GAC shortly after the home is connected to municipal water and offer the POET to the homeowner if they wish to continue operating and maintaining it.

- At the locations with Type II water supplies (i.e. Armory and Convent), the POET systems will be maintained and monitored within their permit requirements until municipal water connections are provided.

- After the Effective Date of the CD, in filter areas, if a parcel has not had detections of PFOS+PFOA exceeding 10 ppt, Wolverine will offer to remove the POET at Wolverine's expense, or the resident may choose to keep the POET if they assume operation and maintenance.

**3.0 ANTICIPATED SCHEDULE**

The schedule for implementation of these changes will commence upon entry of the CD.  A revised POET O&M and associated documents as well as revised POU O&M will be prepared based on this SOW and submitted to EGLE no later than 45 days following the date of the CD between EGLE and Wolverine.  The O&M plan will be modified, as needed, if new criteria are adopted for PFAS compounds.

J:\62000\623xx\62335.60-PR and Litigation\WWW-Budget_Related\Settlement Assistance\POET-POU WP\POET-POU-2019WorkPlan-F 01282020.docx.



GZA GeoEnvironmental, Inc.

# Appendix M





**Rose & Westra**
A Division of GZA

Geotechnical
Environmental
Ecological
Water
Construction Management

The Widdicomb Building
601 Fifth Street NW
Suite 102
Grand Rapids, MI 49504
T: 616.956.6123
F: 616.288.3327
www.rosewestra.com
www.gza.com

# RESIDENTIAL WELL RESAMPLING STATEMENT OF WORK
## North Kent Study Area

January 31, 2020
File No. 16.0062335.60

**PREPARED FOR:**

Wolverine World Wide, Inc.
Rockford, Michigan

**Rose & Westra, a Division of GZA GeoEnvironmental, Inc.**

601 Fifth Street NW  |  Suite 102  |  Grand Rapids, MI 49504
616.956.6123

31 Offices Nationwide
www.gza.com

Copyright© 2020 GZA GeoEnvironmental, Inc.





January 31, 2020
Residential Well Resampling Statement of Work
Kent County, Michigan
File No. 16.0062335.60
*TOC i*

**TABLE OF CONTENTS**

**1.0   INTRODUCTION** ................................................................................................................ **1**

**2.0   BACKGROUND** .................................................................................................................. **1**

**3.0   GENERAL APPROACH** ....................................................................................................... **1**

**4.0   ANTICIPATED SCHEDULE** ................................................................................................. **3**

**APPENDED FIGURES**

FIGURE 1        FILTER AREA SAMPLING FREQUENCY
FIGURE 2        PROPOSED RESAMPLING PARCELS
FIGURES A-D    RESIDENTIAL WELL SCREEN INTERVAL ELEVATIONS – VARIOUS FILTER AREAS



## 1.0 INTRODUCTION

On behalf of Wolverine World Wide, Inc. (Wolverine), Rose & Westra, a Division of GZA GeoEnvironmental, Inc. (R&W/GZA), prepared this Statement of Work (SOW) summarizing the approach and rationale for proposed residential well resampling in filter areas as set forth in the Consent Decree (CD).

## 2.0 BACKGROUND

This SOW addresses residential well resampling in the areas which are not receiving municipal water (i.e. filter areas).   The proposed activities in this SOW are intended to provide testing data to supplement the Perimeter Wells SOW to monitor for PFAS migration from the Municipal Water Areas.

## 3.0 GENERAL APPROACH

The following information was reviewed and utilized to develop the basis for the proposed sampling:

- The estimated extent of perfluorooctane sulfonic acid (PFOS) and perfluorooctanoic acid (PFOA) exceeding 70 nano-gram per liter (ng/L), based on the analytical results for the residential drinking water wells, the vertical aquifer profiling samples, and the groundwater monitoring well samples.  See **Figure 1**.

- The estimated extent of PFOA+PFOS exceeding 10 ng/L, based on the analytical results for the residential drinking water wells, the vertical aquifer profiling samples, and the groundwater monitoring well samples. The extent of PFOA+PFOS exceeding 10 ng/L is reviewed with the extent exceeding 70 ng/L to evaluate PFOA+PFOS migration.  See **Figure 1**. The parcels in the filter areas, excluding vacant parcels, parcels receiving municipal water, and those parcels with a point of entry (POET) installed, are outlined in **Figure 1**.

- Use of groundwater contours and flow to identify downgradient area of the source(s).

- Review of isoconcentration maps of the following six perfluoroalkyl substance (PFAS) which are on the list of the draft State Maximum Contaminant Levels (MCLs) for the respective PFAS proposed by the Michigan Department of Environment, Great Lakes and Energy (EGLE).

| Contaminant | Proposed Maximum Contaminant Level (MCL) in ng/l |
|---|---|
| Perfluorobutane sulfonic acid (PFBS) | 420 |
| Perfluorohexane sulfonic acid (PFHxS) | 51 |
| Perfluorohexanoic acid (PFHxA) | 400,000 |
| Perfluorononanoic acid (PFNA) | 6 |
| Perfluorooctane sulfonic acid (PFOS) | 16 |
| Perfluorooctanoic acid (PFOA) | 8 |

Based on drinking water well data (including POET influent sampling), vertical aquifer profiling data and monitoring well data received as of January 6, 2020, the isoconcentration maps for PFBS, PFHxS, PFHxA, PFNA, PFOS and PFOA were interpolated.  In addition, the isoconcentration map for PFOA+PFOS was also interpolated.  The extent of these compounds exceeding the proposed MCLs were evaluated along with



the estimated extents of PFOA+PFOS exceeding 10 and 70 ng/L.  The evaluation indicates the extent of PFOA+PFOS exceeding 10 ng/L was the controlling factor in terms of spatial distribution.  Therefore, the estimated extent of PFOA+PFOS exceeding 10 ng/L isoconcentration map was used to select parcels for residential well resampling.

- The parcels within the filter areas that do not have a POET installed were identified and overlain onto the PFOA+PFOS isoconcentration map.  The parcels within the filter areas and without a POET, but within or in contact with the PFOA+PFOS isoconcentration extent exceeding 10 ng/L are selected for resampling within the first year after the Effective Date of the CD.  Parcels within the filter areas which have a POET installed will not be resampled because they have already been resampled at least twice during the POET monitoring.

- In certain areas, residential well depths, where estimable, were evaluated in comparison to the known depths of contamination nearby so that a representative portion of parcels in the area could be selected for the initial resampling event.

Resampling will be conducted using a staggered approach, with the ultimate goal of resampling each residence within the filter areas of the North Kent Study Area that has not already been sampled two or more times as of the Effective Date of the CD.  As of the Effective Date of the CD, there are 590 parcels within the filter areas which do not have a POET system.  Of those parcels, 477 have been sampled only one time and are included in this SOW.  Of the 477 only sampled once, 32 have maximum PFOS+PFOA concentrations exceeding 10 ppt.  Additionally, there are 11 addresses that have been sampled more than one time where the PFOS+PFOA concentration exceeds 10 ppt.  The 43 parcels having PFOS+PFOA concentrations exceeding 10 ppt will be sampled at least twice as described below.

Based on the above approach, approximately 203 parcels have been selected for the initial year of residential resampling.  This selection includes the 43 where the concentration of PFOS+PFOA currently exceeds 10 ppt.  The parcels selected for the initial sampling event are identified on **Figure 2** with additional details on **Figures A-D**.

During the second year following the Effective Date of the CD, approximately 150 additional parcels will be sampled.  These 150 parcels will be selected once results are received from the initial year.  All parcels within the filter areas which do not have a POET system with PFOA+PFOS concentrations greater than 10 ng/l or exceeding an applicable PFAS-cleanup criterion will be sampled annually until they have been sampled at least three times.  Once these homes have a minimum of three sampling events, additional sampling will be re-evaluated.

During the third year following the Effective Date of the CD, the remaining approximately 135 parcels and any parcels with concentrations of PFOA+PFOS over 10 ppt exceeding or an applicable PFAS-cleanup criterion which have not been sampled three times (i.e. those whose PFOA+PFOS concentrations were found to be greater than 10 ppt while executing this SOW) will also be sampled.

R&W/GZA will contact the above identified property owners on behalf of Wolverine to arrange resampling of their wells.  The samples will be collected at a location that is unfiltered and as close to the well as possible.  Samples will be analyzed using US EPA Method 537, 1.1.

Relevant tasks completed under this SOW will be completed in accordance with the *Quality Assurance Project Plan, Former Wolverine Tannery, House Street Disposal Area, and Wolven/Jewell Area, Per- and Polyfluoroalkyl Substances Investigation Program, Revision 2* (QAPP) prepared for Wolverine World Wide, Inc. by R&W/GZA and dated November 1, 2018.



January 31, 2020
Residential Well Resampling Statement of Work
Kent County, Michigan
File No. 16.0062335.60
*Page 3 of 3*

R&W/GZA will provide the results to the MDEQ, KCHD, and MDHHS.  R&W/GZA will also provide notice to the property owners promptly after receipt of the data.

In filter areas, if a parcel is resampled and a detection of PFOS+PFOA greater than 10 ppt or other applicable PFAS criterion is identified, that resident will be offered a POU which will be maintained in accordance with the POU O&M.

**4.0 ANTICIPATED SCHEDULE**

A formal Work Plan will be prepared for this work and submitted to EGLE no later than 75 days following the Effective Date of the CD between EGLE and Wolverine.

The schedule for implementation of the residential well resampling in the filter areas as described above will be as follows:
- Initial set of residential wells will be sampled within one year of the Effective Date of the CD.
- Second set of residential wells will be sampled within two years of the Effective Date of the CD.
- Third set of residential wells will be sampled within three years of the Effective Date of the CD.

Upon completion of the three years of residential well sampling outlined in this SOW, R&W/GZA will review the data in consultation with EGLE.  Wolverine will submit a completion report summarizing the results of the sampling outlined in this SOW.  Any next steps regarding residential well sampling, including any proposed cessation of residential well sampling, is subject to approval by EGLE.

J:\62000\623xx\62335.60-PR and Litigation\WWW-Budget_Related\Settlement Assistance\Res Well Resample WP\ResWell-SOW-F 01312020.docx

**FIGURES**





### Legend

**NORTH KENT STUDY**

Year 1 Resampling Parcels - PFOA+PFOS>=10 ng/L
Year 1 Resampling Parcels
Year 2 Resampling Parcels
Year 3 Resampling Parcels

12 Mile & Summit
House Street
North Childsdale/10 Mile
Rogue River
Wolven/Jewell
Wolven Northeast
Study_Areas_Outline
SURFACE WATER
Area Selected for Municipal Water
Parcel with POET

**FILTER AREA SAMPLING STATUS**

No POET, Sampled Once
No POET, Sampled Twice or Occupied, Not Sampled
Vacant

PROPOSED RESAMPLING PARCELS
KENT COUNTY, MICHIGAN

Rose & Westra, a Division of GZA
601 Fifth Street NW, Suite 102
Grand Rapids, Michigan 49504

GZA GeoEnvironmental, Inc.
Engineers and Scientists
www.gza.com

FIGURE 2





Legend

Residential Well Screen Elevation (Ft)

○ Year 1 Resampling Parcels

● Year 2 Resampling Parcels

● Year 3 Resampling Parcels

SURFACE WATER

Area Selected for Municipal Water

FILTER AREA SAMPLING STATUS

No POET, Sampled Once

Occupied, Not Sampled

Vacant

NOTE:
1. THE WELL SCREEN ELEVATIONS WERE BASED ON WELL SCREEN DEPTH DATA FROM WELL LOGIC DATABASE AND GROUND SURFACE ELEVATION ESTIMATED FROM KENT COUNTY LIDAR DATA.

Rose & Westra, a Division of GZA
601 Fifth Street NW, Suite 102
Grand Rapids, Michigan, 49504

RESIDENTIAL WELL SCREEN INTERVAL ELEVATION
WOLVEN NORTHWEST

GZA GeoEnvironmental, Inc.
Engineers and Scientists
www.gza.com

FIGURE B







GZA GeoEnvironmental, Inc.

# Appendix N





**Rose & Westra**
A Division of GZA

Geotechnical
Environmental
Ecological
Water
Construction Management

# PERIMETER WELLS STATEMENT OF WORK
## North Kent Study Area

The Widdicomb Building
601 Fifth Street NW
Suite 102
Grand Rapids, MI 49504
T: 616.956.6123
F: 616.288.3327
www.rosewestra.com
www.gza.com

January 31, 2020
File No. 16.0062335.60

**PREPARED FOR:**

Wolverine World Wide, Inc.
Rockford, Michigan

**Rose & Westra, a Division of GZA GeoEnvironmental, Inc.**

601 Fifth Street NW  |  Suite 102  |  Grand Rapids, MI 49504
616.956.6123

31 Offices Nationwide
www.gza.com

Copyright© 2020 GZA GeoEnvironmental, Inc.





January 31, 2020
Perimeter Wells Statement of Work
Kent County, Michigan
File No. 16.0062335.60
*TOC i*

**TABLE OF CONTENTS**

**1.0    INTRODUCTION** ................................................................................................ **1**

**2.0    GENERAL APPROACH** ...................................................................................... **1**

**3.0    BACKGROUND** ................................................................................................. **1**

    SOUTH OF 10 MILE ROAD ..................................................................................... 1

    NORTH OF 10 MILE ROAD ...................................................................................... 2

**4.0    PROPOSED MONITORING WELLS** .................................................................. **2**

**5.0    METHODOLOGY** ............................................................................................... **3**

**6.0    WELL INSTALLATION PROCEDURES** ............................................................. **3**

**7.0    SAMPLING** ........................................................................................................ **3**

**8.0    INVESTIGATION DERIVED WASTE** ................................................................. **4**

**9.0    ANTICIPATED SCHEDULE** ............................................................................... **4**

**APPENDED FIGURES**

FIGURE 1      PROPOSED PERIMETER WELL LOCATIONS NOT INCLUDED IN OTHER SOWs
FIGURE 2      PROPOSED NEW PERIMETER WELL LOCATIONS – ALL SOWS
FIGURE 3      EXISTING AND PROPOSED PERIMETER AND INVESTIGATION WELLS – ALL SOWS



January 31, 2020
Perimeter Wells Statement of Work
Kent County, Michigan
File No. 16.0062335.60
*Page 1 of 4*

## 1.0 INTRODUCTION

On behalf of Wolverine Worldwide, Inc. (Wolverine), Rose & Westra, a Division of GZA GeoEnvironmental, Inc. (R&W/GZA), prepared this Statement of Work (SOW) summarizing the approach and rationale for proposed perimeter monitoring wells set forth in the Consent Decree (CD) around the municipal water areas in Plainfield and Algoma Townships, Kent County, Michigan.   The purpose of this SOW is to propose the locations of groundwater monitoring wells to monitor for per- and polyfluoroalkyl substances (PFAS) at the perimeter of the municipal water areas.  Following completion of the tasks in this SOW, R&W/GZA will evaluate the data in consultation with EGLE and determine appropriate next steps.  Where appropriate, the related scopes of work are referenced throughout this document.

## 2.0 GENERAL APPROACH

The monitoring wells were proposed after evaluating the known extent of PFAS and evaluating their potential transport in groundwater.  The following data was compiled and evaluated:

- The estimated extent of perfluorooctane sulfonic acid (PFOS) and perfluorooctanoic acid (PFOA) exceeding 70 nanograms per liter (ng/L) and the extent of total PFAS, based on the test results for the residential drinking water wells, the vertical aquifer profiling samples, and the groundwater monitoring well samples.

- The estimated extent of PFOA+PFOS exceeding 10 ng/L and the estimated extent of seven PFAS compounds greater than the proposed maximum contaminant levels (MCLs) for those seven compounds, based on the test results for the residential drinking water wells, the vertical aquifer profiling samples, and the groundwater monitoring well samples.

- Isoconcentration maps for total PFAS interpolated from the residential water well and the groundwater monitoring data.

- Soil boring logs for the vertical aquifer profiling locations and available residential water well logs.

- Groundwater contours and interpreted groundwater flow direction based on the November 2019 static water levels measured at groundwater monitoring wells and at the staff gages installed in the Rogue River.

## 3.0 BACKGROUND

This SOW addresses perimeter wells (i.e. near the boundaries of municipal water areas in two investigation areas in the North Kent Study Area.  Figure 1 illustrates the municipal water areas.  The purpose of the activities in this SOW is to monitor PFAS at the perimeter of the municipal water areas.

SOUTH OF 10 MILE ROAD

PFAS have migrated with the predominant groundwater flow to the southeast toward the Rogue River.  As the plume crosses Belmont Avenue, a portion of the plume appears to migrate southerly toward the confluence of the Rogue River and Grand River while the main plume continues southeasterly.   While groundwater predominantly flows to the southeast, the groundwater contours indicate that a small fraction of groundwater flow passing through the House Street Site flows to the northwest toward the Freska Lake area, which may explain



the relatively low level PFOA+PFOS concentrations at a few individual locations in that area.  Groundwater contours suggest some PFAS migrating toward Area 6 may originate at the North Kent Landfill Area.

<u>NORTH OF 10 MILE ROAD</u>

PFAS were found in the Wellington Ridge neighborhood, located between 10 Mile and 11 Mile Roads, west of Wolven Avenue.  In addition, PFAS concentrations were also measured in groundwater monitoring wells near the North Kent Landfill area and in several surface-water samples collected from the unnamed creek to which the North Kent Landfill used to discharge water extracted from the landfill underdrain system.  The unnamed creek appears to be a migration pathway for PFAS containing surface water from the North Kent Landfill to the northwest north of 10 Mile Road.

Based on the groundwater contours, there appears to be a groundwater mound in the Wellington Ridge area.  Groundwater appears to flow radially outward from the mound.  With the presence of fine-grained soil in this area, the transport of the PFAS plume was generally limited to the formations where relatively permeable soils are present.  The groundwater monitoring data and residential well data suggest flow to the following areas: northeast (Area 19), the northwest (Wolven Northwest), and southeast (Wolven-Childsdale Area).

## 4.0 PROPOSED MONITORING WELLS

The following provides a summary of proposed remedial investigation wells for the purpose of plume perimeter delineation and monitoring.  See Figure 1 for a well location plan for the proposed perimeter monitoring well network along with the areas selected for municipal water and the areas that will not receive municipal water. Figure 2 presents a well location plan of the proposed perimeter well locations along with the proposed remedial investigation wells and GSI piezometer/pore water sampling locations under other SOWs.

- Three previously proposed monitor well locations, HS-PMW-13, HS-PMW-16, and HS-PMW-22 are previously proposed with access efforts on-going.  These well locations were proposed to assist with delineating the east-northeastern boundary of the House Street plume[1].  Well location HS-PMW-16 will be utilized as a perimeter monitoring well cluster to evaluate potential PFAS migration to the east.

- Three perimeter well locations, HS-PMW-RI-105, HS-PMW-RI-106, and HS-PMW-RI-101, located northwest, and hydraulically downgradient of the House Street site, are proposed to evaluate potential PFAS migration at the edge of the Freska Lake area toward the edge of the North Kent Study area.  In addition, the existing well cluster, HS-MW-32A/B/C/D, will be included as perimeter monitoring wells to evaluate potential PFAS migration to this area.

- Well location HS-PMW-RI-102, located hydraulically downgradient of the House Street Site to the southwest, is proposed to monitor for PFAS migration from the municipal water areas to the southeast.

- For the Wolven West and Wolven Northwest Study Areas, perimeter well locations WV-PMW-RI-101 and WV-PMW-RI-102 are proposed immediately west of the US-131 right-of-way, hydraulically downgradient of the PFAS plume in Wellington Ridge.  These wells are proposed to evaluate potential migration of PFAS from Wellington Ridge municipal water area to the west.  Well locations WV-PMW-RI-104 and WV-PMW-RI-105 are proposed to delineate the southwest and northeast boundary of the PFAS plume

---

[1] For the sake of this Work Plan, the edge of the PFAS plume is defined as PFOA+PFOS = 10 ppt.  If the applicable PFAS criteria change during the life of this Work Plan and subsequent monitoring, the Work Plan will be reassessed for its adequacy and modified as needed.

within the Wolven Northwest municipal water area.  In addition, existing monitoring well clusters, WV-MW-5, WV-MW-4, WV-MW-11, and WV-MW-15 will be included as part of the perimeter monitoring for the Wolven West and Wolven Northwest areas.

- Well locations WV-PMW-RI-106 and WV-PMW-RI-107 are located in the southeastern portion of the Wolven/Jewell area municipal water area.  These wells are proposed to evaluate the potential migration of PFAS plume from Wolven Southeast municipal water area to the southeast.

- Well location WV-PMW-RI-108 is located southwest of the North Childsdale municipal water area and is proposed to evaluate flow from that area to the west and south.

## 5.0 METHODOLOGY

The tasks completed under this abbreviated SOW will be completed in accordance with the *Quality Assurance Project Plan, Former Wolverine Tannery, House Street Disposal Area, and Wolven/Jewell Area, Per- and Polyfluoroalkyl Substances Investigation Program, Revision 2* (QAPP) prepared for Wolverine World Wide, Inc. by R&W/GZA and dated November 1, 2018.  A Conceptual Site Model including additional background and methodology will be provided in a Response Activity Plan that will be prepared following the Effective Date of the CD (see Section 9.0 below).

## 6.0 WELL INSTALLATION PROCEDURES

The proposed well nest locations will be drilled using either hollow-stem auger or rotosonic methods in accordance with SOPs A03 through A06 of the QAPP.  When possible, the initial boring at each location will be drilled to the top of bedrock or refusal.  The borehole terminal depth will also be evaluated based on the depths of adjacent water wells and the presence of confining strata.

As the original borings are drilled at each location, vertical aquifer profiling samples will be collected from water-bearing and permeable formation(s) at an interval of 10 feet for PFAS analysis.  Vertical Aquifer Profiling will be completed in accordance with *SOP A25, Vertical Aquifer Profiling* included in the QAPP.  The turn-around time for laboratory samples will be approximately 3 weeks.

Based on the profiling data and the encountered geology, R&W/GZA will determine the depth(s) of wells installed at each nest location.  The monitoring wells will be developed in accordance with *SOP A13, Well Development* in the QAPP and surveyed by a licensed surveyor.

## 7.0 SAMPLING

Wells installed as part of this SOW (Figure 1) will be sampled as follows:
- Initial sampling post installation/development;
- Annual sampling until substantial completion of the perimeter well network;
- Once the perimeter well network outlined in this SOW is substantially complete, the wells will be sampled quarterly for one year.

Substantial completion will be agreed upon by R&W/GZA and EGLE.

The sampling will be conducted using methods established in SOPs A14, A15, A16, and B01 of the QAPP.  The samples will be analyzed using method EPA Method 537.1, modified isotope dilution.



January 31, 2020
Perimeter Wells Statement of Work
Kent County, Michigan
File No. 16.0062335.60
*Page 4 of 4*

**8.0 INVESTIGATION DERIVED WASTE**

Soil cuttings and development/purge water from the well installations and sampling will be containerized and transported to the former Wolverine House Street property for staging/storage until off-site treatment/disposal can be arranged.

**9.0 ANTICIPATED SCHEDULE**

A formal Work Plan will be prepared for this work and submitted to EGLE no later than 180 days following the Effective Date of the CD between EGLE and Wolverine.

The schedule for installation of the well nest locations will depend on R&W/GZA's ability to obtain access to the desired locations or proximate alternate locations.  The following table outlines R&W/GZA's current estimates of the steps and approximate timeframes for the work in this SOW.

| Task | Estimated Timeframe per Location |
|------|----------------------------------|
| Access | 1 to 3 months |
| Drilling | 2 to 3 weeks |
| VAP analysis | 3 weeks |
| Monitoring Well Installation | 1 to 2 weeks |
| Development wait time | 2 weeks |
| First Groundwater Sampling | 1 week |
| First Laboratory Analysis | 3 weeks |

Assuming one month per location, R&W/GZA estimates this SOW will require 11 months to complete drilling, vertical aquifer profiling and monitoring well installation.  This work will be completed in conjunction with the other SOWs submitted under the CD.  R&W/GZA will coordinate with EGLE to prioritize drilling locations if access is obtained for multiple locations throughout the SOWs simultaneously.  Because access will likely be obtained piecemeal, the actual well installation schedule will likely exceed 11 months.

Following the full year of quarterly sampling of the well network, R&W/GZA will evaluate the data in consultation with EGLE and determine appropriate next steps.

J:\62000\623xx\62335.60-PR and Litigation\WWW-Budget_Related\Settlement Assistance\MuniWater-Perimeter WP\PerimeterWells_SOW-F 01302020.docx

**FIGURES**



**Legend**

**PROPOSED NEW PERIMETER WELL LOCATIONS**

- Perimeter Monitoring

APPROXIMATE HOUSE ST SITE BOUNDARY

Extent of PFOS and PFOA Concentrations > 70 ng/L

Extent of PFOS and PFOA Concentrations > 10 ng/L

SURFACE WATER

**North Kent Study Area**

- 12 Mile & Summit
- House Street
- North Childsdale/10 Mile
- Rogue River
- Wolverl/Jewell
- Wolverl Northeast
- Area Selected for Municipal Water
- Existing Municipal Water

PROPOSED NEW PERIMETER WELL LOCATIONS - NOT IN OTHER SOW

Rose & Westra, a Division of GZA
601 Fifth Street NW, Suite 102
Grand Rapids, Michigan 49504

GZA GeoEnvironmental, Inc.
Engineers and Scientists
www.gza.com

16.0062335.60



© 2020 - GZA GeoEnvironmental, Inc.





GZA GeoEnvironmental, Inc.

# Appendix O



# Appendix P





**Rose & Westra**
A Division of GZA

Geotechnical
Environmental
Ecological
Water
Construction Management

The Widdicomb Building
601 Fifth Street NW
Suite 102
Grand Rapids, MI 49504
T: 616.956.6123
F: 616.288.3327
www.rosewestra.com
www.gza.com

# AREA 5 STATEMENT OF WORK
## North Kent Study Area

January 31, 2020
File No. 16.0062335.60

**PREPARED FOR:**
Wolverine World Wide, Inc.
Rockford, Michigan

**Rose & Westra, a Division of GZA GeoEnvironmental, Inc.**
601 Fifth Street NW | Suite 102 | Grand Rapids, MI 49504
616.956.6123

31 Offices Nationwide
www.gza.com

Copyright© 2020 GZA GeoEnvironmental, Inc.





January 31, 2020
Area 5 Statement of Work
Kent County, Michigan
File No. 16.0062335.60
*TOC i*

**TABLE OF CONTENTS**

1.0    INTRODUCTION ................................................................................................................ 1

2.0    GENERAL APPROACH ...................................................................................................... 1

3.0    BACKGROUND ................................................................................................................... 1

4.0    PROPOSED MONITORING WELLS ................................................................................. 2

5.0    METHODOLOGY ................................................................................................................ 2

6.0    WELL INSTALLATION PROCEDURES .......................................................................... 2

7.0    SAMPLING ........................................................................................................................... 3

8.0    INVESTIGATION DERIVED WASTE .............................................................................. 3

9.0    ANTICIPATED SCHEDULE .............................................................................................. 3

**APPENDED FIGURE**

FIGURE 1        PROPOSED MONITORING WELLS - AREA 5

## 1.0 INTRODUCTION

On behalf of Wolverine World Wide, Inc. (Wolverine), Rose & Westra, a Division of GZA GeoEnvironmental, Inc. (R&W/GZA), prepared this Statement of Work (SOW) summarizing the approach and rationale for proposed remedial investigation monitoring wells set forth in the Consent Decree (CD) for Area 5 in Plainfield Township, Kent County, Michigan.  The purpose of this SOW is to determine the location of groundwater monitoring wells and provide an outline for a Response Activity Plan to define the vertical and horizontal extent of per- and polyfluoroalkyl substances (PFAS) at Area 5 in compliance with Part 201 of the Michigan Natural Resources and Environmental Protection Act.  Following completion of the tasks in this SOW, R&W/GZA will evaluate the data in consultation with EGLE and determine appropriate next steps.

## 2.0 GENERAL APPROACH

The monitoring wells were proposed after evaluating the extent of PFAS and evaluating their potential transport in groundwater.  The following data was compiled and evaluated:

- The estimated extent of perfluorooctane sulfonic acid (PFOS) and perfluorooctanoic acid (PFOA) exceeding 70 nanograms per liter (ng/L) and the extent of total PFAS, based on the test results for the residential drinking water wells, the vertical aquifer profiling samples, and the groundwater monitoring well samples.

- The estimated extent of PFOA+PFOS exceeding 10 ng/L and the estimated extent of seven PFAS compounds greater than the proposed maximum contaminant levels (MCLs) for those compounds, based on the test results for the residential drinking water wells, the vertical aquifer profiling samples, and the groundwater monitoring well samples.

- Soil boring logs for the vertical aquifer profiling locations and available residential water well logs.

- Groundwater contours and interpreted groundwater flow direction based on the November 2019 static water levels measured at groundwater monitoring wells and at the staff gauges installed in the Rogue River.

- Isoconcentration maps for total PFAS interpolated from the residential water well and the groundwater monitoring data.

## 3.0 BACKGROUND

Area 5 is located south and southwest of the primary PFOA+PFOS plume from the former House Street licensed disposal Site.  Based on the groundwater contours and groundwater flow direction, Area 5 is located hydraulically down and side-gradient of the House Street Site.  PFOA+PFOS were mostly absent from residential water samples in Area 5, excepting a few locations where PFOA+PFOS were at concentrations less than 10 ng/L and one location where PFOA+PFOS was detected at a concentration greater than 10 ng/L but less than 70 ng/L.   In addition, PFOA+PFOS concentrations were greater than 10 ng/L but less than 70, ng/L in monitoring well HS-MW-26, which is in the southeast corner of Area 5.



## 4.0 PROPOSED MONITORING WELLS

The following provides a summary of proposed remedial investigation well locations, and the rationale. See Figure 1 for the proposed well locations. Existing monitoring wells HS-MW-21S, HS-MW-21M, and HS-MW-21D will be utilized as part of the well network for this area. Note that Figure 1 also shows Groundwater/Surface Water Interface (GSI) piezometer and pore water sample locations within/near the Rogue River as well as two investigation well locations to the northwest of the House Street Site. These are shown for reference in this SOW and discussed in detail in the GSI SOW and Perimeter Well SOW, respectively, both submitted under separate cover.

- Five vertical aquifer profiling (VAP)/monitoring well locations, AREA5-RI-1 through AREA5-RI-4 and AREA5-RI-12, are proposed to delineate the extent of plume in the central portion of the eastern boundary of Area 5. (Note, location AREA5-RI-12 is a contingency location and may not be drilled, pending information from other locations.) The proposed wells are located hydraulically upgradient, downgradient, and cross-gradient;

- Three VAP/monitoring well locations, AREA5-RI-5 through AREA5-RI-7, are proposed to delineate the extent of the plume near HS-MW-26. The proposed wells are located hydraulically upgradient, downgradient, and cross-gradient; and,

- Seven monitoring well locations (HS-PMW-RI-103, HS-PMW-RI-104, HS-PMW-RI-107, AREA5-RI-8, AREA5-9, AREA5-RI-10, and AREA5-RI-11) are proposed to provide detection monitoring of PFAS possibly migrating toward Area 5 from the House Street Site. The locations are selected based on groundwater contours and groundwater flow lines backtracking to the House Street Site. With the expectation of reducing POET filter monitoring, these seven monitoring well clusters are proposed to provide groundwater analytical data to monitor potential migration of PFOA+PFOS from the primary House Street plume into Area 5. In addition, the proposed groundwater monitoring wells clusters will provide additional groundwater elevation data for the evaluation of groundwater flow west of the primary PFAS plume originated from the House Street Site.

## 5.0 METHODOLOGY

The tasks completed under this abbreviated work plan will be completed in accordance with the *Quality Assurance Project Plan, Former Wolverine Tannery, House Street Disposal Area, and Wolven/Jewell Area, Per- and Polyfluoroalkyl Substances Investigation Program, Revision 2* (QAPP) prepared for Wolverine World Wide, Inc. by R&W/GZA and dated November 1, 2018. A Conceptual Site Model including additional background and methodology will be provided in a formal Response Activity Plan that will be prepared following the Effective Date of the CD (see Section 9.0 below).

## 6.0 WELL INSTALLATION PROCEDURES

The proposed well nest locations will be drilled using either hollow-stem auger or rotosonic methods in accordance with SOPs A03 through A06 of the QAPP. When possible, the initial boring at each location will be drilled to the top of bedrock or upon refusal. The borehole terminal depth will also be evaluated based on the depths of adjacent water wells and the presence of confining strata.

As the original borings are drilled at each location, vertical aquifer profiling samples will be collected from water-bearing and permeable formation(s) at an interval of 10 feet for PFAS analysis. Vertical Aquifer Profiling will be



completed in accordance with *SOP A25, Vertical Aquifer Profiling* included in the QAPP.  The turn-around time for laboratory samples will be approximately 3 weeks.

Based on the profiling data and the encountered geology, R&W/GZA will determine the depth(s) of wells installed at each nest location.  The monitoring wells will be developed in accordance with *SOP A13, Well Development* in the QAPP and surveyed by a licensed surveyor.

**7.0 SAMPLING**

Wells will be sampled as follows:
- Initial sampling post installation/development;
- Annual sampling until substantial completion of the Area 5 well network;
- Once the Area 5 well network is substantially complete, all newly installed wells will be sampled quarterly for one year.

Substantial Completion will be agreed upon by R&W/GZA and EGLE.

The groundwater sampling will be conducted using methods established in SOPs A14, A15, A16, and B01 of the QAPP.  The samples will be analyzed using method EPA Method 537.1, modified isotope dilution.

**8.0 INVESTIGATION DERIVED WASTE**

Soil cuttings and development/purge water from the well installations and sampling will be containerized and transported to the former Wolverine House Street property for staging/storage until off-site treatment/disposal or other approved handling can be arranged.

**9.0 ANTICIPATED SCHEDULE**

A formal Response Activity Plan will be prepared for this SOW and submitted to EGLE no later than 120 days following the Effective Date of the CD between EGLE and Wolverine.

The schedule for installation of the well nest locations will depend on R&W/GZA's ability to obtain access to the desired locations or proximate alternate locations.  The following table outlines R&W/GZA's current estimates of the steps and approximate timeframes for the tasks in this SOW.

| Task | Estimated Timeframe per Location |
|---|---|
| Access | 1 to 3 months |
| Drilling | 2 to 3 weeks |
| VAP analysis | 3 weeks |
| Monitoring Well Installation | 1 to 2 weeks |
| Development wait time | 2 weeks |
| First Groundwater Sampling | 1 week |
| First Laboratory Analysis | 3 weeks |

Assuming one month per location, R&W/GZA estimates this SOW will require 15 months to complete drilling, vertical aquifer profiling and monitoring well installation.  This will be completed in conjunction with the other SOWs submitted under the CD.  R&W/GZA will coordinate with EGLE to prioritize drilling locations if access is

January 31, 2020
Area 5 Statement of Work
Kent County, Michigan
File No. 16.0062335.60
*Page 4 of 4*

obtained for multiple locations throughout the SOWs simultaneously.  Because access will likely be obtained piecemeal, the actual well installation schedule will likely exceed 15 months.

Following the full year of quarterly sampling of the well network, R&W/GZA will evaluate the data in consultation with EGLE and determine appropriate next steps.

J:\62000\623xx\62335.60-PR and Litigation\WWW-Budget_Related\Settlement Assistance\Areas-5-6-11-12 WP\Area 5\AREA_5_SOW-F 01312020.docx

**FIGURE**





GZA GeoEnvironmental, Inc.



**Rose & Westra**
A Division of GZA

Geotechnical
Environmental
Ecological
Water
Construction Management



The Widdicomb Building
601 Fifth Street NW
Suite 102
Grand Rapids, MI 49504
T: 616.956.6123
F: 616.288.3327
www.rosewestra.com
www.gza.com

# AREA 6 STATEMENT OF WORK
## North Kent Study Area

January 31, 2020
File No. 16.0062335.60

**PREPARED FOR:**
Wolverine World Wide, Inc.
Rockford, Michigan

**Rose & Westra, a Division of GZA GeoEnvironmental, Inc.**
601 Fifth Street NW  |  Suite 102  |  Grand Rapids, MI 49504
616.956.6123

31 Offices Nationwide
www.gza.com

Copyright© 2020 GZA GeoEnvironmental, Inc.





January 31, 2020
Area 6 Statement of Work
Kent County, Michigan
File No. 16.0062335.60
*TOC i*

**TABLE OF CONTENTS**

1.0    INTRODUCTION ............................................................................................................... 1

2.0    GENERAL APPROACH ..................................................................................................... 1

3.0    BACKGROUND ................................................................................................................. 1

4.0    PROPOSED MONITORING WELLS .................................................................................. 2

5.0    METHODOLOGY ............................................................................................................... 2

6.0    WELL INSTALLATION PROCEDURES ............................................................................. 2

7.0    SAMPLING ........................................................................................................................ 3

8.0    INVESTIGATION DERIVED WASTE ................................................................................. 3

9.0    ANTICIPATED SCHEDULE ............................................................................................... 3

**APPENDED FIGURE**

FIGURE 1        PROPOSED MONITORING WELLS - AREA 6



## 1.0 INTRODUCTION

On behalf of Wolverine World Wide, Inc. (Wolverine), Rose & Westra, a Division of GZA GeoEnvironmental, Inc. (R&W/GZA), prepared this Statement of Work (SOW) summarizing the approach and rationale for proposed remedial investigation monitoring wells set forth in the Consent Decree (CD) for Area 6 in Plainfield Township, Kent County, Michigan.

The purpose of this SOW is to determine the location of groundwater monitoring wells and provide an outline for a Response Activity Plan to define the vertical and horizontal extent of per- and polyfluoroalkyl substances (PFAS) at Area 6 in compliance with Part 201 of the Michigan Natural Resources and Environmental Protection Act. Following completion of the tasks in this SOW, R&W/GZA will evaluate the data in consultation with EGLE and determine appropriate next steps.

## 2.0 GENERAL APPROACH

The monitoring wells were proposed after evaluating the extent of PFAS and evaluating their potential transport in groundwater.  The following data was compiled and evaluated:

- The estimated extent of perfluorooctane sulfonic acid (PFOS) and perfluorooctanoic acid (PFOA) exceeding 70 nanograms per liter (ng/L) and the extent of total PFAS, based on the test results for the residential drinking water wells, the vertical aquifer profiling samples, and the groundwater monitoring well samples.

- The estimated extent of PFOA+PFOS exceeding 10 ng/L and the estimated extent of seven PFAS compounds greater than the proposed maximum contaminant levels (MCLs) for those compounds, based on the test results for the residential drinking water wells, the vertical aquifer profiling samples, and the groundwater monitoring well samples.

- Soil boring logs for the vertical aquifer profiling locations and available residential water well logs.

- Groundwater contours and interpreted groundwater flow direction based on the November 2019 static water levels measured at groundwater monitoring wells and at the staff gauges installed in the Rogue River.

- Isoconcentration maps for total PFAS interpolated from the residential water well and the groundwater monitoring data.

## 3.0 BACKGROUND

Area 6 is located northeast of the primary House Street plume, west and south of the North Kent Landfill.  Most of the Area 6 residential water wells located west of Belmont Avenue had PFOA+PFOS concentrations less than 10 ng/L.  Some Area 6 residential water wells located west of Belmont Avenue had PFOA+PFOS concentrations greater than 10 ng/L, but less than 70 ng/L.  In the area east of Belmont Avenue, most of the residential wells did not have detectable PFOS+PFOA.  Groundwater contours suggest some PFAS migrating toward Area 6 may originate at the North Kent Landfill Area.

## 4.0  PROPOSED MONITORING WELLS

The following provides a summary of proposed remedial investigation well locations, and the rationale. See Figure 1 for the proposed well locations.  For Area 6, the two previously proposed remedial investigation VAP/monitoring wells HS-PMW-13 and HS-PMW-16 located between the House Street primary plume and Area 6 should be completed to delineate the boundary of the House Street primary plume.  In addition, the following three VAP/monitoring well locations are proposed:

- Three VAP/monitoring well locations, HS-PMW-RI-108, HS-PMW-RI-109 and HS-PMW-RI-113, are proposed to evaluate groundwater flow direction and monitor potential PFOA+PFOS migration in this area.  These three locations will provide data to further evaluate whether the detected PFOA+PFOS concentrations in Area 6 was migrated from the House Street Site and/or from the North Kent Landfill Area.

- Two additional VAP/monitoring well location, AREA6-RI-1 and AREA6-RI-2, located southeast of HS-PMW-RI-113, are proposed to evaluate groundwater flow direction and monitor potential PFOA+PFOS migration in the eastern portion of Area 6.  These two locations will provide data to further monitor potential PFOA+PFOS migration into the eastern portion of Area 6.

- One VAP/monitoring well location, AREA6-RI-3, is proposed to delineate the extent of the primary House Street PFOA+PFOS plume near Area 6.  In addition, drilling and sampling of the previously proposed VAP/monitoring well location HS-PMW-16 will be continued and incorporated as part of the evaluation in Area 6.  These two locations will provide data to evaluate groundwater flow in this area and delineate the extent of the primary House Street PFOA+PFOS plume.

## 5.0  METHODOLOGY

The tasks completed under this abbreviated work plan will be completed in accordance with the *Quality Assurance Project Plan, Former Wolverine Tannery, House Street Disposal Area, and Wolven/Jewell Area, Per- and Polyfluoroalkyl Substances Investigation Program, Revision 2* (QAPP) prepared for Wolverine World Wide, Inc. by R&W/GZA and dated November 1, 2018.  A Conceptual Site Model including additional background and methodology will be provided in a Response Activity Plan that will be prepared following the Effective Date of the CD (see Section 9.0 below).

## 6.0  WELL INSTALLATION PROCEDURES

The proposed well nest locations will be drilled using either hollow-stem auger or rotosonic methods in accordance with SOPs A03 through A06 of the QAPP.  When possible, the initial boring at each location will be drilled to the top of bedrock or refusal.  The borehole terminal depth will also be evaluated based on the depths of adjacent water wells and the presence of confining strata.

As the original borings are drilled at each location, vertical aquifer profiling samples will be collected from water-bearing and permeable formation(s) at an interval of 10 feet for PFAS analysis.  Vertical Aquifer Profiling will be completed in accordance with *SOP A25, Vertical Aquifer Profiling* included in the QAPP.  The turn-around time for laboratory samples will be approximately 3 weeks.

Based on the profiling data and the encountered geology, R&W/GZA will determine the depth(s) of wells installed at each nest location.  The monitoring wells will be developed in accordance with *SOP A13, Well Development* in the QAPP and surveyed by a licensed surveyor.



**7.0 SAMPLING**

Wells will be sampled as follows:

- Initial sampling post installation/development;
- Annual sampling until substantial completion of the Area 6 well network;
- Once the Area 6 well network is substantially complete, all newly installed wells will be sampled quarterly for one year.

Substantial Completion will be agreed upon by R&W/GZA and EGLE.

The groundwater sampling will be conducted using methods established in SOPs A14, A15, A16, and B01 of the QAPP.  The samples will be analyzed using method EPA Method 537.1, modified isotope dilution.

**8.0 INVESTIGATION DERIVED WASTE**

Soil cuttings and development/purge water from the well installations and sampling will be containerized and transported to the former Wolverine House Street property for staging/storage until off-site treatment/disposal or other approved handling can be arranged.

**9.0 ANTICIPATED SCHEDULE**

A formal Work Plan will be prepared for this work and submitted to EGLE no later than 120 days following the Effective Date of the CD between EGLE and Wolverine.

The schedule for installation of the well nest locations will depend on R&W/GZA's ability to obtain access to the desired locations or proximate alternate locations.  The following table outlines R&W/GZA's current estimates of the steps and approximate timeframes for the work in this SOW.

| Task | Timeframe per Location |
|---|---|
| Access | 1 to 3 months |
| Drilling | 2 to 3 weeks |
| VAP analysis | 3 weeks |
| Monitoring Well Installation | 1 to 2 weeks |
| Development wait time | 2 weeks |
| First Groundwater Sampling | 1 week |
| First Laboratory Analysis | 3 weeks |

Assuming one month per location, R&W/GZA estimates this SOW will require 6 months to complete drilling, vertical aquifer profiling and monitoring well installation.  This work will be completed in conjunction with the other SOWs submitted under the CD.  R&W/GZA will coordinate with EGLE to prioritize drilling locations if access is obtained for multiple locations throughout the SOWs simultaneously.  Because access will likely be obtained piecemeal, the actual well installation schedule will likely exceed 6 months.

Following the full year of quarterly sampling of the well network, R&W/GZA in consultation with EGLE will evaluate the data and determine appropriate next steps.

**FIGURE**



**Legend**

**Proposed Monitoring Location**
- ✛ Investigation
- ✛ Investigation/Perimeter Monitoring
- ▬ APPROXIMATE HOUSE ST SITE BOUNDARY

**HOUSE ST MONITORING WELLS**
- ✛ Existing
- ⊕ In Progress
- ▲ In Progress/Perimeter
- Extent of PFOS and PFOA Concentrations > 10 ng/L
- Extent of PFOS and PFOA Concentrations > 70 ng/L
- SURFACE WATER
- Area Selected for Municipal Water

**North Kent Study Area**
- House Street
- North Childsdale/10 Mile
- Rogue River
- Wolven/Jewell

**Filter Area**
- Area 6

GZA GeoEnvironmental, Inc.
Engineers and Scientists
www.gza.com

Rose & Westra, a Division of GZA
601 Fifth Street NW, Suite 102
Grand Rapids, Michigan 49504

PROPOSED MONITORING WELLS
AREA 4



GZA GeoEnvironmental, Inc.





**Rose & Westra**
A Division of GZA

Geotechnical
Environmental
Ecological
Water
Construction Management

The Widdicomb Building
601 Fifth Street NW
Suite 102
Grand Rapids, MI 49504
T: 616.956.6123
F: 616.288.3327
www.rosewestra.com
www.gza.com

# AREAS 11 and 12 STATEMENT OF WORK
## North Kent Study Area

January 31, 2020
File No. 16.0062335.60

**PREPARED FOR:**
Wolverine World Wide, Inc.
Rockford, Michigan

**Rose & Westra, a Division of GZA GeoEnvironmental, Inc.**
601 Fifth Street NW  |  Suite 102  |  Grand Rapids, MI 49504
616.956.6123

31 Offices Nationwide
www.gza.com

Copyright© 2020 GZA GeoEnvironmental, Inc.





January 31, 2020
Areas 11 and 12 Statement of Work
Kent County, Michigan
File No. 16.0062335.60
*TOC i*

**TABLE OF CONTENTS**

| | | |
|---|---|---|
| 1.0 | INTRODUCTION | 1 |
| 2.0 | GENERAL APPROACH | 1 |
| 3.0 | BACKGROUND | 1 |
| 4.0 | PROPOSED MONITORING WELLS | 1 |
| 5.0 | METHODOLOGY | 2 |
| 6.0 | WELL INSTALLATION PROCEDURES | 2 |
| 7.0 | SAMPLING | 2 |
| 8.0 | INVESTIGATION DERIVED WASTE | 2 |
| 9.0 | ANTICIPATED SCHEDULE | 3 |

**APPENDED FIGURE**

FIGURE 1        PROPOSED MONITORING WELLS - AREAS 11 and 12



## 1.0 INTRODUCTION

On behalf of Wolverine World Wide, Inc. (Wolverine), Rose & Westra, a Division of GZA GeoEnvironmental, Inc. (R&W/GZA), prepared this Statement of Work (SOW) summarizing the approach and rationale for proposed remedial investigation monitoring wells set forth in the Consent Decree (CD) for Areas 11 and 12 in Plainfield Township, Kent County, Michigan.  The purpose of this SOW is to determine the location of groundwater monitoring wells and provide an outline for a Response Activity Plan to define the vertical and horizontal extent of per- and polyfluoroalkyl substances (PFAS) at Area  11/12 in compliance with Part 201 of the Michigan Natural Resources and Environmental Protection Act.  Following completion of the tasks in this SOW, R&W/GZA will evaluate the data in consultation with EGLE and determine appropriate next steps.

## 2.0 GENERAL APPROACH

The monitoring wells were proposed after evaluating the extent of PFAS and evaluating their potential transport in groundwater.  The following data was compiled and evaluated:

- The estimated extent of perfluorooctane sulfonic acid (PFOS) and perfluorooctanoic acid (PFOA) exceeding 70 nanograms per liter (ng/L) and the extent of total PFAS, based on the test results for the residential drinking water wells, the vertical aquifer profiling samples, and the groundwater monitoring well samples.

- The estimated extent of PFOA+PFOS exceeding 10 ng/L and the estimated extent of seven PFAS compounds greater than the proposed maximum contaminant levels (MCLs) for those compounds, based on the test results for the residential drinking water wells, the vertical aquifer profiling samples, and the groundwater monitoring well samples.

- Soil boring logs for the vertical aquifer profiling locations and available residential water well logs.

- Groundwater contours and interpreted groundwater flow direction based on the November 2019 static water levels measured at groundwater monitoring wells and at the staff gauges installed in the Rogue River.

- Isoconcentration maps for total PFAS interpolated from the residential water well and the groundwater monitoring data.

## 3.0 BACKGROUND

Areas 11 and 12 are located east of the Rogue River, just north of the Grand River.  PFOA+PFOS concentrations greater than 10 ng/L were detected in a few locations, and a PFOA+PFOS concentration slightly greater than 70 ng/L was detected in one location east of the Rogue River area.  The groundwater contours suggest the Rogue River is a discharge point for groundwater on both the east and west sides of the river.

## 4.0 PROPOSED MONITORING WELLS

The following provides a summary of proposed remedial investigation wells, and the rationale.  See Figure 1 for the proposed well locations.  Note that Figure 1 also shows proposed Groundwater/Surface Water Interface (GSI) piezometers and pore water sample locations within/near the Rogue River and Grand River.  These are shown for reference in this SOW and discussed in detail in the GSI SOW submitted under separate cover.



- One VAP/monitoring well location (AREA11-RI-1) is proposed hydraulically upgradient of the area where PFOA+PFOS were detected at a concentration greater 70 ng/L east of the Rogue River, to evaluate potential upgradient source of PFOA+PFOS.

- One VAP/monitoring well location (HS-PMW-RI-110) is proposed to evaluate and monitor potential migration of PFAS from the hydraulically upgradient area to the filter area between HS-PMW-RI-110 and the Rogue River, where the parcels are not planned to receive municipal water.

- Two VAP/monitoring well locations (HS-PMW-RI-111 and HS-PMW-RI-112) are proposed near the area east of the river where PFOA+PFOS were detected at a concentration greater 70 ng/L, to evaluate potential migration of PFAS from this area to the filter area south and southwest, where the parcels are not planned to receive municipal water.

- Three VAP/monitoring well locations (AREA12-RI-1, AREA12-RI-2, and AREA12-RI-3) are proposed to evaluate groundwater flow in this area and monitor potential PFAS migration to the filter area south of these proposed locations.

## 5.0 METHODOLOGY

The tasks completed under this abbreviated work plan will be completed in accordance with the *Quality Assurance Project Plan, Former Wolverine Tannery, House Street Disposal Area, and Wolven/Jewell Area, Per- and Polyfluoroalkyl Substances Investigation Program, Revision 2* (QAPP) prepared for Wolverine World Wide, Inc. by R&W/GZA and dated November 1, 2018.  A Conceptual Site Model including additional background and methodology will be provided in a formal Work Plan that will be prepared following the Effective Date of the CD (see Section 9.0 below).

## 6.0 WELL INSTALLATION PROCEDURES

The proposed well nest locations will be drilled using either hollow-stem auger or rotosonic methods in accordance with SOPs A03 through A06 of the QAPP.  When possible, the initial boring at each location will be drilled to the top of bedrock or refusal.  The borehole terminal depth will also be evaluated based on the depths of adjacent water wells and the presence of confining strata.

As the original borings are drilled at each location, vertical aquifer profiling samples will be collected from water-bearing and permeable formation(s) at an interval of 10 feet for PFAS analysis.  Vertical Aquifer Profiling will be completed in accordance with *SOP A25, Vertical Aquifer Profiling* included in the QAPP.  The turn-around time for laboratory samples will be approximately 3 weeks.

Based on the profiling data and the encountered geology, R&W/GZA will determine the depth(s) of wells installed at each nest location.  The monitoring wells will be developed in accordance with *SOP A13, Well Development* in the QAPP and surveyed by a licensed surveyor.

## 7.0 SAMPLING

Wells will be sampled as follows:
- Initial sampling post installation/development;
- Annual sampling until substantial completion of the Area 11/12 well network;
- Once the Area 11/12 well network is substantially complete, all newly installed wells will be sampled quarterly for one year.



Substantial Completion will be agreed upon by R&W/GZA and EGLE.

The groundwater sampling will be conducted using methods established in SOPs A14, A15, A16, and B01 of the QAPP.  The samples will be analyzed using method EPA Method 537.1, modified isotope dilution.

## 8.0 INVESTIGATION DERIVED WASTE

Soil cuttings and development/purge water from the well installations and sampling will be containerized and transported to the former Wolverine House Street property for staging/storage until off-site treatment/disposal or other approved handling can be arranged.

## 9.0 ANTICIPATED SCHEDULE

A formal Work Plan will be prepared for this work and submitted to EGLE no later than 120 days following the Effective Date of the CD between EGLE and Wolverine.

The schedule for installation of the well nest locations will depend on R&W/GZA's ability to obtain access to the desired locations or proximate alternate locations.  The following table outlines R&W/GZA's current estimates of the steps and approximate timeframes for the tasks in this SOW.

| Task | Estimated Timeframe per Location |
|------|----------------------------------|
| Access | 1 to 3 months |
| Drilling | 2 to 3 weeks |
| VAP analysis | 3 weeks |
| Monitoring Well Installation | 1 to 2 weeks |
| Development wait time | 2 weeks |
| First Groundwater Sampling | 1 week |
| First Laboratory Analysis | 3 weeks |

Assuming one month per location, R&W/GZA estimates this SOW will require 7 months to complete drilling, vertical aquifer profiling and monitoring well installation.  This work will be completed in conjunction with the other SOWs submitted under the CD.  R&W/GZA will coordinate with EGLE to prioritize drilling locations if access is gained for multiple locations throughout the SOWs simultaneously.  Because access will likely be obtained piecemeal, the actual well installation schedule will likely exceed 7 months.

Following the full year of quarterly sampling of the well network, R&W/GZA will evaluate the data in consultation with EGLE and determine appropriate next steps.

**FIGURE**





GZA GeoEnvironmental, Inc.

# Appendix Q



LEGEND

FILTER AREA

Area R1/19

# Appendix R





# AREA R-1 (19) STATEMENT OF WORK
## North Kent Study Area

January 31, 2020
File No. 16.0062335.60

**PREPARED FOR:**

Wolverine World Wide, Inc.
Rockford, Michigan

**Rose & Westra, a Division of GZA GeoEnvironmental, Inc.**

601 Fifth Street NW  |  Suite 102  |  Grand Rapids, MI 49504
616.956.6123

31 Offices Nationwide
www.gza.com

Copyright© 2020 GZA GeoEnvironmental, Inc.



Rose & Westra
A Division of GZA

Geotechnical
Environmental
Ecological
Water
Construction Management

The Widdicomb Building
601 Fifth Street NW
Suite 102
Grand Rapids, MI 49504
T: 616.956.6123
F: 616.288.3327
www.rosewestra.com
www.gza.com



January 31, 2020
Area R-1 (19) Statement of Work
Kent County, Michigan
File No. 16.0062335.60
*TOC i*

**TABLE OF CONTENTS**

**1.0    INTRODUCTION** ................................................................................................ **1**

**2.0    GENERAL APPROACH** ...................................................................................... **1**

**3.0    AREA R-1 (19) BACKGROUND** ....................................................................... **1**

**4.0    PROPOSED MONITORING WELLS** ................................................................ **2**

**5.0    METHODOLOGY** ............................................................................................... **2**

**6.0    WELL INSTALLATION PROCEDURES** ........................................................... **3**

**7.0    SAMPLING** ......................................................................................................... **3**

**8.0    INVESTIGATION DERIVED WASTE** ............................................................... **3**

**9.0    ANTICIPATED SCHEDULE** .............................................................................. **4**

**APPENDED FIGURE**

FIGURE 1        PROPOSED MONITORING WELLS - AREA R-1 (19)



## 1.0 INTRODUCTION

On behalf of Wolverine World Wide, Inc. (Wolverine), Rose & Westra, a Division of GZA GeoEnvironmental, Inc. (R&W/GZA), prepared this Statement of Work (SOW) summarizing the approach and rationale for the proposed remedial investigation monitoring wells set forth in the Consent Decree (CD) for Area R-1 (sometimes referred to as Area 19) in Algoma Township, Kent County, Michigan.  The purpose of this SOW is to determine the location of groundwater monitoring wells and provide an outline for a Response Activity Plan to define the vertical and horizontal extent of per- and polyfluoroalkyl substances (PFAS) at Area R-1 (19) in compliance with Part 201 of the Michigan Natural Resources and Environmental Protection Act.  Following completion of the tasks in this SOW, R&W/GZA will evaluate the data in consultation with EGLE and determine appropriate next steps.

## 2.0 GENERAL APPROACH

The monitoring wells were proposed after evaluating the extent of PFAS and evaluating their potential transport in groundwater.  The following data was compiled and evaluated:

- The estimated extent of perfluorooctane sulfonic acid (PFOS) and perfluorooctanoic acid (PFOA) exceeding 70 nanograms per liter (ng/L) and the extent of total PFAS, based on the test results for the residential drinking water wells, the vertical aquifer profiling samples, and the groundwater monitoring well samples.

- To evaluate potential future PFOA+ PFOS and total PFAS migration, the estimated extent of PFOA+PFOS exceeding 10 ng/L and the estimated extent of seven PFAS compounds greater than the proposed maximum contaminant levels (MCLs) for those compounds based on the test results for the residential drinking water wells, the vertical aquifer profiling samples, and the groundwater monitoring well samples.

- Soil boring logs for the vertical aquifer profiling locations and available residential water well logs.

- Groundwater contours and interpreted groundwater flow direction based on the November 2019 static water levels measured at groundwater monitoring wells and at the staff gages installed in the Rogue River.

## 3.0 AREA R-1 (19) BACKGROUND

Elevated PFOS+PFOA concentrations were measured in the Wellington Ridge neighborhood, located between 10 Mile and 11 Mile Roads, west of Wolven Avenue.  Based on the groundwater contours, there appears to be a groundwater mound in the Wellington Ridge area.  Groundwater appears to flow radially from the mound.  The transport of PFOA+PFOS appears generally limited to the relatively permeable formations.  The groundwater monitoring data and residential well data indicated flow paths from Wellington Ridge to the northeast (Area R-1/19).

A groundwater mound may present in the southwest corner of Area R-1 (19) where the PFOA+PFOS concentration was 350 ng/L.  PFOA+PFOS were also detected in a few other residential wells located in that area.  Groundwater contours suggest flow from the groundwater mound radially outward from this mound.  The PFOA+PFOS in residential wells located northeast or east of 11 Mile Road and Wolven Avenue likely results from PFOA+PFOS migrating from that area to those hydraulically downgradient residences.  PFOA+PFOS were generally not detected in the residential wells located west, northwest, and north of this area, likely due to the presence of fine-grained soil strata in that area and well screens positioned in different water bearing units.



January 31, 2020
Area R-1 (19) Statement of Work
Kent County, Michigan
File No. 16.0062335.60
*Page 2 of 4*

PFOA+PFOS concentrations range from approximately 90 to 110 ng/L at the west end of Whirlwind Road where groundwater flows northeasterly.

## 4.0 PROPOSED MONITORING WELLS

The following provides a summary of proposed remedial investigation wells, and the rationale for this initial phase. See Figure 1 for the proposed well locations.  Note that Figure 1 shows piezometer and pore water sample locations within/near the Rogue River.  These are shown for reference in this scope of work and discussed in detail in the Groundwater/Surface Water Interface SOW submitted under separate cover.

- To monitor for migration from the Wellington Ridge area (Area 7) toward Area R-1 (19), four monitoring well locations, Area19-MW-13, Area19-MW-14, Area19-MW-15 and Area19-MW-16, are proposed. Existing monitoring well clusters WV-MW-14 and WV-MW-12 will be included as part of the monitoring network for Area R-1 (19).

- Three remedial investigation well nest locations (Area19-MW-1, Area19-MW-2 and Area19-MW-10) are proposed immediately downgradient of the potential groundwater mound near the southwestern corner of Area R-1 (19).  The purpose is to further evaluate the PFOA+PFOS extent and groundwater elevations in this area and the PFAS distribution east of the potential groundwater mound.  Currently, one nested well set (MW-WV-14S/14D) has been installed east of this area.  Area19-MW-10, Area19-MW-1 and Area19-MW-2 are proposed north, northeast and south of MW-WV-14S/14D (northeast and southeast of the potential mound) to assess downgradient PFAS concentrations and groundwater elevations.

- Two additional monitoring well nests (Area19-MW-8 and Area19-MW-9) are proposed west-northwest, and north of the intersection of 11 Mile Road and Wolven to provide detection monitoring for the downgradient area, north and northwest of that area.  Groundwater contours indicate potential migration from the groundwater mound area to the north.  These monitoring well nests will also provide better understanding of groundwater elevations and groundwater flow north and northwest of the apparent groundwater mound.

- Two remedial investigation well nest locations (Area19-MW-3 and Area19-MW-4) are proposed near Whirlwind Road to further evaluate the PFOA+PFOS extent (PFOA+PFOS plume width).

- Another three remedial investigation well nest locations (Area19-MW-6 and Area19-MW-7) are proposed northwest and north of the estimated 10 ppt PFOA+PFOS contour in the east side of Area R-1 (19). The purpose is to further delineate the extent of PFOA+PFOS in the area.   Based on current information, Area19-MW-6 and Area19-MW-7 are also perimeter monitoring wells for the north and west edges of the PFOA+PFOS plume.

- Three additional remedial investigation well nest locations (Area19-MW-5, Area19-MW-11 and Area19-MW-12) are proposed near Summit Avenue.  The purpose of these well is to further characterize the PFOA+PFOS plume in the area.

## 5.0 METHODOLOGY

The tasks completed under this SOW will be completed in accordance with the *Quality Assurance Project Plan, Former Wolverine Tannery, House Street Disposal Area, and Wolven/Jewell Area, Per- and Polyfluoroalkyl Substances Investigation Program, Revision 2* (QAPP) prepared for Wolverine World Wide, Inc. by R&W GZA and





dated November 1, 2018.  A Conceptual Site Model including additional background and methodology will be provided in a Response Activity Plan that will be prepared following the Effective Date of the CD (see Section 9.0 below).

## 6.0 WELL INSTALLATION PROCEDURES

The proposed well nest locations will be drilled using either hollow-stem auger or rotosonic methods in accordance with SOPs A03 through A06 of the QAPP.  When possible, the initial boring at each location will be drilled to the top of bedrock or refusal.  The borehole terminal depth will also be evaluated based on the depths of adjacent water wells and the presence of confining strata.

As the original borings are drilled at each location, vertical aquifer profiling samples will be collected from water-bearing and permeable formation(s) at an interval of 10 feet for PFAS analysis.  Vertical Aquifer Profiling will be completed in accordance with *SOP A25, Vertical Aquifer Profiling* included in the QAPP.  The turn-around time for laboratory samples will be approximately 3 weeks.

Based on the profiling data and the encountered geology, R&W/GZA will determine the depth(s) of wells installed at each nest location.  The monitoring wells will be developed in accordance with *SOP A13, Well Development* in the QAPP and surveyed by a licensed surveyor.

## 7.0 SAMPLING

Wells will be sampled as follows:

| Well Type | Initial Sampling Post Installation/ Development (at least 2 weeks post development) | Annual Sampling Until Substantial Completion of Perimeter Well Network* | Quarterly sampling For One Year Once Perimeter Well Network is Substantially Complete* |
|---|---|---|---|
| Perimeter Wells** | X | X | X |
| RI Wells | X | | |

*Substantial Completion will be agreed upon by R&W/GZA and EGLE.
**Perimeter wells are defined as the wells installed at the perimeter of areas where municipal water will be installed.

The sampling will be conducted using methods established in SOPs A14, A15, A16, and B01 of the QAPP.  The samples will be analyzed using method EPA Method 537.1, modified isotope dilution.

## 8.0 INVESTIGATION DERIVED WASTE

Soil cuttings and development/purge water from the well installations and sampling will be containerized and transported to the former Wolverine House Street property for staging/storage until off-site treatment/disposal can be arranged.





**9.0 ANTICIPATED SCHEDULE**

A formal Response Activity Plan will be prepared for this work and submitted to EGLE within 120 days following the date of the CD between EGLE and Wolverine.

The schedule for installation of the well nest locations will depend on R&W/GZA's ability to obtain access to the desired locations or proximate alternate locations.  The following table outlines R&W/GZA's current estimates of the steps and approximate timeframes for the work in this SOW.

| Task | Estimated Timeframe per Location |
|---|---|
| Access | 1 to 3 months |
| Drilling | 2 to 3 weeks |
| VAP analysis | 3 weeks |
| Monitoring Well Installation | 1 to 2 weeks |
| Development wait time | 2 weeks |
| First Groundwater Sampling | 1 week |
| First Laboratory Analysis | 3 weeks |

Assuming one month per location, R&W/GZA estimates this SOW will require 16 months to complete drilling, vertical aquifer profiling and monitoring well installation.  This work will be completed in conjunction with the other SOWs submitted under the CD.  R&W/GZA will coordinate with EGLE to prioritize drilling locations if access is obtained to multiple locations throughout the SOWs simultaneously.  Because access will likely be obtained piecemeal, the actual well installation schedule will likely exceed 16 months.

For the perimeter wells only, after the four quarters of sampling, the wells will be tied into the perimeter well SOW and the long-term monitoring plan will be included with those wells.

**FIGURE**





GZA GeoEnvironmental, Inc.

Appendix S





**Rose & Westra**
A Division of GZA

Geotechnical
Environmental
Ecological
Water
Construction Management

The Widdicomb Building
601 Fifth Street NW
Suite 102
Grand Rapids, MI 49504
T: 616.956.6123
F: 616.288.3327
www.rosewestra.com
www.gza.com

# GSI STATEMENT OF WORK
## North Kent Study Area

January 31, 2020
File No. 16.0062335.60

**PREPARED FOR:**

Wolverine World Wide, Inc.
Rockford, Michigan

**Rose & Westra, a Division of GZA GeoEnvironmental, Inc.**

601 Fifth Street NW  |  Suite 102  |  Grand Rapids, MI 49504
616.956.6123

31 Offices Nationwide
www.gza.com

Copyright© 2020 GZA GeoEnvironmental, Inc.





January 31, 2020
GSI Statement of Work
Kent County, Michigan
File No. 16.0062335.60
*TOC i*

**TABLE OF CONTENTS**

1.0    INTRODUCTION ............................................................................................................ 1

2.0    GENERAL APPROACH ................................................................................................... 1

3.0    BACKGROUND AND PROPOSED INVESTIGATION ...................................................... 2

    PLUME MIGRATION FROM SOUTH OF 10 MILE ROAD ............................................................ 2

    PLUME MIGRATION FROM NORTH OF 10 MILE ROAD ........................................................... 2

4.0    METHODOLOGY ........................................................................................................... 3

5.0    MONITORING POINT INSTALLATION PROCEDURES .................................................. 3

6.0    INVESTIGATION DERIVED WASTE ............................................................................... 4

7.0    ANTICIPATED SCHEDULE ............................................................................................ 4

**APPENDED FIGURE**

FIGURE 1        PROPOSED GSI PIEZOMETER/PORE WATER SAMPLING LOCATIONS



## 1.0 INTRODUCTION

On behalf of Wolverine World Wide, Inc. (Wolverine), Rose & Westra, a Division of GZA GeoEnvironmental, Inc. (R&W/GZA), prepared this Statement of Work (SOW) summarizing the approach and rationale for the proposed groundwater-surface water interface (GSI) assessment set forth in the Consent Decree (CD).  The purpose of this SOW is to propose piezometers, staff gauges, and pore water sampling to investigate GSI under Part 201 of the Michigan Natural Resources and Environmental Protection Act ("Part 201").

## 2.0 GENERAL APPROACH

The piezometer, staff gauge, and pore water sampling locations were proposed after evaluating the extent of PFAS and their potential transport in groundwater.  The following data was compiled and evaluated:

- The estimated extent of perfluorooctane sulfonic acid (PFOS) exceeding the Part 201 groundwater-surface interface (GSI) criterion (12 nano-grams per liter [ng/L]), based on the test results for the residential drinking water wells, the vertical aquifer profiling samples, and the groundwater monitoring well samples.

- The extent of perfluorooctanoic acid (PFOA) exceeding the GSI criterion (12,000 ng/L) was also reviewed. In comparison, the extent of PFOS exceeding the GSI criterion is the controlling parameter for GSI exceedance, due to the stringent PFOS GSI criterion.

- The estimated extent of PFOA+PFOS exceeding 10 ng/L and seven PFAS compounds greater than the proposed maximum contaminant levels (MCLs) for those compounds was also reviewed to evaluate PFOA+PFOS migration in groundwater.

- Soil boring logs for the vertical aquifer profiling locations and available residential water well logs.

- Groundwater contours and interpreted groundwater flow direction based on the August 2019 static water levels measured at groundwater monitoring wells and the staff gauges installed in the Rogue River.

- Isoconcentration maps for total PFAS interpolated from the residential water well and the groundwater monitoring data.

The proposed GSI monitoring network generally consists of pore water sampling in the riverbed, staff gauges to measure the surface water elevation, and GSI piezometers along the river.  The GSI piezometers will be used to collect static water levels which will be compared to staff gauges in the surface water body to demonstrate groundwater flow is toward the surface water and to evaluate groundwater flow pattern near the GSI.  The piezometers will be constructed with all metal parts (screens, drive points, and riser.)  Staff gauges will be metal rods or similar devices hand driven into the surface water body or affixed to structures (such as bridges.)  A Michigan-licensed surveyor will measure reference points on the piezometers and staff gauges.  The pore water samples will be collected from probes pushed into the riverbed in the groundwater discharge zone (utilizing the same protocol used during prior pore water sampling events near the former tannery.)  Static water level measurements at the pore water sampling probe will be recorded and compared to the surface water level collected at a nearby monitoring point (stilling well).  If the water level in the pore water sampling probe is higher than that of the surface water and the groundwater elevation in nearby piezometers is greater than the nearby staff gauge, then groundwater discharging to the surface water is confirmed, and a pore water sample will be collected from the sampling probe.  In addition, pH, temperature, conductivity, dissolved oxygen and oxidation-redox potential (ORP) readings will be collected and reviewed with those collected from GSI groundwater



piezometers.  Pore water sample data is considered representative of groundwater quality in the groundwater discharge zone.

## 3.0 BACKGROUND AND PROPOSED INVESTIGATION

The following provides a brief summary of the background of each of the areas included in this SOW and the associated piezometer, staff gauge, pore water sampling locations.

### PLUME MIGRATION FROM SOUTH OF 10 MILE ROAD

PFAS have migrated with the predominant groundwater flow to the southeast toward the Rogue River.  As the plume crosses Belmont Avenue, a portion of the plume appears to migrate southerly toward the confluence of the Rogue River and Grand River while the main plume continues southeasterly.  While groundwater predominantly flows to the southeast, the groundwater contours indicate that a small fraction of groundwater flow passing through the House Street Site flows to the northwest toward the Freska Lake area, which explains the relatively low concentrations of PFOA+PFOS in a few individual locations in that area.

Based on the groundwater flow, analytical data, and our evaluation, the following pore water sampling and GSI piezometer locations are proposed:

- Nine pore water sampling locations (HS-PW-1 through HS-PW-9) and five GSI piezometer locations (HS-GSI-1 through HS-GSI-5) are proposed downgradient of the primary House Street plume, along the Rogue River, to monitor potential PFOA+PFOS venting to the surface water.

- Three GSI piezometer locations (HS-GSI-6 through HS-GSI-8) are proposed downgradient of the primary House Street plume, along the Grand River to monitor potential PFOA+PFOS venting to the surface water.

- Two pore water sampling locations (HS-PW-10 and HS-PW-11) and one GSI piezometer location (HS-GSI-9) are proposed northwest of the House Street Site, downgradient of the Freska Lake area, along the Rogue River to monitor potential PFOA+PFOS venting to the surface water.

- In addition, existing well cluster, HS-MW-19S/D and HS-MW-29A, are located hydraulically downgradient of the primary House Street plume, also considered to be GSI monitoring points to monitor potential PFOA+PFOS venting to the Rogue River.

### PLUME MIGRATION FROM NORTH OF 10 MILE ROAD

PFOS + PFOA were detected in the Wellington Ridge neighborhood, located between 10 Mile and 11 Mile Road, west of Wolven Avenue.  In addition, PFOA+PFOS were also detected in the groundwater monitoring wells near the North Kent Landfill area.  As shown in Figure 1, the detected PFOS concentrations in the Wellington Ridge area are greater than the GSI criterion of 12 ng/L.  Based on the groundwater contours, there appears to be mounding near 11 Mile Road and Wolven Avenue.  There also appears to be a second groundwater mound near the North Kent Landfill area, south of 10 Mile Road.  Groundwater appears to flow radially from the groundwater mounds.  With the presence of fine-grained soil in the Wolven-Jewell area, the transport of PFOA+PFOS plume was generally limited to pathways where relatively permeable soils are present.  The groundwater monitoring data and residential well data indicated three flow paths to the following areas: northeast (Area 19 plume), the northwest (Wolven Northwest plume), and southeast (Wolven-Childsdale Area plume).  PFOS concentrations exceeding the GSI criteria are present in these three downgradient areas.



- Seven pore water sampling locations (Area19-PW-1 through Area19-PW-7) are proposed downgradient/northeast of the Area 19 plume within the Rogue River to monitor potential PFOS & PFOA venting to the surface water.  These pore water sample locations are located hydraulically downgradient of Wellington Ridge where elevated PFOA+PFOS concentrations were detected, immediately downgradient of the apparent extent of PFOA+PFOS exceeding 10 ng/L.

- Three GSI piezometer locations (Area19-GSI-1 through Area19-GSI-3) are proposed downgradient of the Area 19 plume to the northeast.  Staff gauges in the river will be paired with these piezometer locations. These locations along the Rogue River will be used to measure and compare the groundwater elevations to the pore water and surface water elevations.  In addition, these locations will to be used to monitor potential PFOA+PFOS venting to the surface water at the north and south edges of this portion of the plume along with the center of the plume.  Additionally, one existing well installed by EGLE is also considered to be a GSI monitoring point.  The purpose of these piezometers is to detect constituent concentrations near the groundwater-surface interface, prior to venting to the Rogue River.

- Four pore water sampling locations (WVNW-PW-1 through WVNW-PW-4) and two GSI piezometer locations (WVNW-GSI-1 through WVNW-GSI-2) are proposed immediately downgradient of the Wolven Northwest plume, along the Rogue River to monitor potential PFOS +  PFOA venting to the surface water. Two staff gauges in the river will be paired with these two piezometer locations.

- Six pore water sampling locations (WV/CH-PW-1 through WV/CH-PW-6) and two GSI piezometer locations (WV/CH-GSI-1 through WV/CH-GSI-2) are proposed immediately downgradient/southeast of the Wolven-Childsdale plume, along the Rogue River to monitor potential PFOS + PFOA venting to the surface water. The existing staff gages in this segment of the Rogue River will be utilized for water level comparison and groundwater flow evaluation.

Actual piezometer and pore water sampling locations may vary slightly from the proposed locations of Figure 1 during installation.  While the target locations are shown, limitations for access on private properties, river bank conditions, and utilities may require moving piezometer locations.

**4.0 METHODOLOGY**

Pore water sampling will be performed using the same techniques previously used at the former tannery. Therefore, two-weeks of piezometer and staff gauge measurements will be made to establish groundwater flows to the surface water before any pore water samples will be collected.  Piezometer and staff gauge measurements will be made Monday, Wednesday and Friday of each week.  If these measurements do not demonstrate groundwater flow to the River, the two-week monitoring will be repeated until it does.

Relevant tasks completed under this SOW will be completed in accordance with the *Quality Assurance Project Plan, Former Wolverine Tannery, House Street Disposal Area, and Wolven/Jewell Area, Per- and Polyfluoroalkyl Substances Investigation Program, Revision 2* (QAPP) prepared for Wolverine World Wide, Inc. by R&W/GZA and dated November 1, 2018.

**5.0 MONITORING POINT INSTALLATION PROCEDURES**

The proposed piezometers will be hand-driven into the groundwater on the river bank.  The top of the piezometer will be installed above the estimated flood elevation based on observations of vegetation and deposition.

January 31, 2020
GSI Statement of Work
Kent County, Michigan
File No. 16.0062335.60
*Page 4 of 4*

The piezometer will be finished with a 1-foot thick bentonite seal, followed by a 2-inch concreate pad at the surface.

After demonstrating the groundwater is flowing to the River, pore water samples will be collected using a temporary well point (i.e., stainless-steel probe) driven to discrete depths within the river bottom.  A shroud may be used if river bottom conditions allow to further minimize any short-circuiting during pore water sampling. The pore water will be attempted at 6-inch(in) intervals beginning at 12 inches below the surface of the bottom sediment.  Two pore water samples will be attempted following procedures similar to that described below. R&W/GZA's experience indicates that pore water sampling methodology can vary from sampling location to location given physical conditions of the stream bed, etc.  As such, the following is proposed only as a guide.

- A 6-ft (or appropriate length) stainless steel probe with a 6-inch screen will be advanced to the desired depth. The top of the screen in the shallowest depth interval will be about 12 inches below the surface of the sediment in the river bottom.  Screen intervals are expected to be: 12-18 inches and 18-24 inches.

- A peristaltic pump with dedicated tubing will be used to purge the screen at a flow rate less than 100 milliliters per minute (ml/min).

- R&W/GZA will measure pH, temperature, conductivity, dissolved oxygen and oxidation-redox potential (ORP) from the pore water interval and will compare it to measurements collected concurrently from the river. Both readings will be documented on a field data sheet.

- Once the field readings from the pore water have stabilized and the pore water readings are distinguishable from the river readings (i.e., >10% difference for parameters except for temperature), the pore water will be sampled.

- Pore water will be pumped directly into laboratory-preserved sampling containers maintaining the flow rate of less than 100 ml/min.  R&W/GZA will submit samples to Shealy Environmental, Inc. of Columbia, South Carolina for analysis for PFAS analysis using the DOD QSM (which includes isotope dilution.)

## 6.0 INVESTIGATION DERIVED WASTE

Pore water pumped during the sampling will be discharged back to the surface water body after the PFAS aliquot is collected.

## 7.0 ANTICIPATED SCHEDULE

A formal Response Activity Plan will be prepared for this SOW in accordance with the CD and submitted to EGLE no later than 60 days following the Effective Date of the CD between EGLE and Wolverine.

The schedule for piezometer installation will highly depend on R&W/GZA's ability to procure access to the desired locations.  Piezometers will be installed and developed prior to collecting the two weeks of piezometer and staff gage measurements.  After demonstrating groundwater flow toward the River, the pore water sampling will be conducted.  Assuming access for all piezometers and river access is obtained expeditiously, R&W/GZA intends to collect pore water samples during summer 2020 low flow conditions (usually July through early September).

R&W/GZA will summarize the findings from this investigation and submit a letter proposing permanent monitoring well locations needed for GSI monitoring within 90 days following receipt of all analytical data.

**FIGURE**





GZA GeoEnvironmental, Inc.

# Appendix T



EXHIBIT
6

S T A T E   O F   M I C H I G A N

CIRCUIT COURT FOR THE COUNTY OF KENT

---

| | |
|---|---|
| WOLVERINE SHOE & TANNING CORPORATION, a Michigan corporation, | ) ) ) |
| | ) Civil Action |
| | ) No. 2609 |
| Plaintiff | ) |
| | ) |
| vs | ) |
| | ) |
| | ) JUDGMENT |
| TOWNSHIP OF PLAINFIELD, et al | ) |
| | ) |
| Defendants | ) |
| | ) |

At a session of said Court held in the
Court House in the City of Grand Rapids, on
the __6th__ day of  May, 1966.

PRESENT:   HONORABLE   STUART HOFFIUS
Circuit Judge

The parties of this suit having come to an amicable

settlement, and the Court being fully advised in the pre-

mises, and approves of said settlement,

NOW THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED:

1.  The plaintiff, Wolverine Shoe & Tanning Corpora-

tion, is authorized to use that portion of the premises

described in paragraph 2 of its Complaint, which is out-

lined in red on Exhibit A, attached to said Complaint,

as a dump for its industrial wastes.  It is adjudged that

said premises so outlined in red is a nonconforming use

within that term as used in the Zoning Ordinance of

Plainfield Township, which premises are described as

follows:

Plaintiffs 000024221

Commencing on the West line of the E 1/2
of the SW 1/4 of Section 4, Town 8 North,
Range 11 West, 1740 feet N of the N boundary
line of House Street, thence S along said
West line to the North boundary of House
Street, thence East along the North line of
House Street 1300 feet more or less to the
N and S 1/4 line, thence N along said N
and S 1/4 line, 1620 feet, thence North-
westerly 1320 feet more or less to beginning,
being approximately 50 acres,  Plainfield
Township, Kent County, Michigan.

2.  Authorization to use said premises as a non-
conforming use for the purpose of a dump for disposal of
the industrial wastes of the plaintiff, is subject to
the following conditions:

A.  Wolverine Shoe & Tanning Corporation shall
conform with the following conditions and provisions:

(1)  It shall promptly become licensed by
the State Health Department under Act 87 of Public Acts
of 1965, to operate said dump.

(2)  It shall conform with Act 87 of Public
Acts of 1965 and to all rules and regulations adopted
thereunder by the Department of Public Health.

(3)  It shall conform to any Ordinance
of the Township of Plainfield now in effect and/or later
hereafter enacted pertaining to dumps.

(4)  It shall dispose of industrial solids
and liquid wastes in such manner that odors will not un-
reasonably interfere with the peace and enjoyment of
rights of persons in that community, and make such
treatment of such industrial wastes as is reasonably
possible to eliminate odors therefrom.

-2-

Plaintiffs 000024222

(4 1/2)  It shall maintain a 10 foot buffer strip of pines or similar shrubs or trees surrounding said premises.

(5)  It shall cover sludge and all other industrial wastes, other than liquid wastes, daily.

(6)  It shall dump industrial liquor and/or other liquid or semi-liquid wastes only in such places as tests previously taken show will readily absorb the same so that no part of said wastes will remain uncovered over sixty (60) hours.

(7)  Transportation of industrial wastes shall be made in a manner that will prevent any of said wastes from spilling from said containers, in transit from the place of business until said waste is dumped in the area above described.

(8)  It shall keep the area of said dump and its premises adjoining in such manner that they shall not become unsightly so as to adversely affect the market value of property in the community.

(9)  It shall not expand the dump to any other premises from that above described as being authorized as a nonconforming use, except by any variance or rezoning which may be granted in conformance with the Zoning Ordinance of Plainfield Township.

(10)  If a public disposal system becomes available, it shall use said system in the disposal of its industrial wastes.

(11)  It shall see that water supplies and/or lakes or other waters not owned by the company

-2-

Plaintiffs 000024223

will not be contaminated by any use made of said dump.

(12)  It shall so use said dump in such manner that it will not afford a breeding place for flies or vermin.

(13)  Copies of plans and specifications furnished to any Health Department shall also be furnished to the Township of Plainfield, at the same time such plans are furnished to the Health Department.

(14)  It shall make the dump and surrounding area owned by it available for inspection by the Town Board members and/or any of its duly authorized agents and/or attorneys, at any reasonable hours during working days, when requested.

(15)  Said dump shall be used for disposal of the industrial wastes only of said company.

(16)  Said company will use said dump to the maximum extent for disposal of its industrial wastes consistent with the above provisions.

3.  Costs are awarded to neither party as a public question is involved.

4.  The temporary injunction issued in said cause is hereby dismissed.

_____
Circuit Judge

Plaintiffs 000024224

Approved as to substance and form:

WOLVERINE SHOE & TANNING CORP.
a Michigan corporation,  plaintiff

BY _____
    Its Attorney

TOWNSHIP OF PLAINFIELD,  Defendant

BY _____
    Its   Attorney

GEORGE COMSTOCK,  GLADYS COMSTOCK,
ANTHONY GEDRITIS,  HELEN GEDRITIS,
EDMUND BRODOWSKI, and SOPHIA
BRODOWSKI,     Defendants

BY _____
    their attorney

Plaintiffs 000024225