UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN DEPARTMENT OF
ENVIRONMENTAL QUALITY,

    Plaintiff,

v.

WOLVERINE WORLD WIDE, INC.,

    Defendant.

and

PLAINFIELD CHARTER TOWNSHIP
and ALGOMA TOWNSHIP,

    Intervening Plaintiffs,

v.

WOLVERINE WORLD WIDE, INC.,

    Defendant.
                                                 /

WOLVERINE WORLD WIDE, INC.,

    Third-Party Plaintiff,

v.

3M Corporation,

    Third-Party Defendant.
                                                 /

No. 1:18-cv-00039-JTN-SJB

HON. JANET T. NEFF

MAG. SALLY J. BERENS

**STIPULATION OF DISMISSAL OF THIRD-PARTY ACTION**

Third-Party Plaintiff Wolverine World Wide, Inc. ("Wolverine") and Third-Party Defendant 3M Company ("3M") have reached a confidential settlement resolving all of their claims (ECF No. 31) and counterclaims (ECF No. 89) against each other. Accordingly, Wolverine and 3M stipulate that the third-party action between them is hereby dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), (c), with each party bearing its own attorneys' fees and costs.

Dated: March 6, 2020

/s/ Scott M. Watson
John V. Byl (P35701)
Scott M. Watson (P70185)
Warner Norcross + Judd LLP
150 Ottawa Avenue NW, Suite 1500
Grand Rapids, MI 49503
(616) 752-2000
*Attorneys for Third-Party Plaintiff Wolverine World Wide, Inc.*


/s/ Daniel L. Ring
Joseph M. Infante (P68719)
Robert L. DeJong (P12639)
Miller Canfield Paddock & Stone PLC
99 Monroe Avenue, NW, Suite 1200
Grand Rapids, MI 49503
(616) 776-6333

Timothy S. Bishop
Michael A. Olsen
Daniel L. Ring
Richard F. Bulger
Mayer Brown LLP
Hyatt Center, 42nd Floor
71 S Wacker Dr.
Chicago, IL 60606
(312) 782-0600

*Attorneys for Third-Party Defendant 3M Company*

19726443