# EXHIBIT F

**Agreed-upon extension of filing date to 2/20/2026**

| | |
|---|---|
| **From:** | Allison-Yokom, Danielle (AG) |
| **To:** | Watson, Scott M. |
| **Cc:** | Synk, Polly (AG); John Byl (jbyl@wnj.com) |
| **Subject:** | [EXTERNAL] RE: EGLE v. Wolverine -- request for extension |
| **Date:** | Friday, February 13, 2026 3:37:13 PM |
| **Attachments:** | image001.png |



Good afternoon, Scott,

Yes, we will agree to an extension until February 20, 2026, to file the motion.

Best regards,
Danielle

**From:** Watson, Scott M. <Scott.Watson@btlaw.com>
**Sent:** Friday, February 13, 2026 2:39 PM
**To:** Allison-Yokom, Danielle (AG) <AllisonYokomD@michigan.gov>
**Cc:** Synk, Polly (AG) <SynkP@michigan.gov>; John Byl (jbyl@wnj.com) <jbyl@wnj.com>
**Subject:** EGLE v. Wolverine -- request for extension

**CAUTION: This is an External email. Please report suspicious emails via the "Report to Abuse" button in Outlook**

Hi Danielle,

John and I are working on a motion under Paragraph 18.8 of the Consent Decree related to EGLE's January 26 Statement of Decision pertaining to the Area 19 completion report. Given my trial schedule the past couple of weeks and the upcoming holiday we could use a bit of extra time to put that together.  May we have until Friday, February 20, to file a motion for resolution of the dispute related to Wolverine's Area 19 Completion Report?

**Scott M. Watson**
Partner
Direct: (616) 742-3991 | Mobile: (616) 805-9459
Scott.Watson@btlaw.com
Bio   LinkedIn   vCard



**Barnes & Thornburg LLP | 20+ Offices Nationwide | 800+ Lawyers**
171 Monroe Avenue N.W. Suite 1000, Grand Rapids, MI 49503

Atlanta | Boston | Chicago | Dallas | Delaware | Florida | Indiana | Los Angeles | Michigan

Minneapolis | Nashville | New Jersey | New York | North Carolina | Ohio | Philadelphia
Salt Lake City | San Diego | Washington, D.C.

**CONFIDENTIALITY NOTICE:** This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.